| Attorney or Party without Attorney:<br>EDELSON PC<br>Rafey S. Balabanian, Esq. (315962)<br>123 Townsend Street Suite 100<br>San Francisco, CA 94107<br>  Telephone No:  415-212-9300<br><br>  Attorney For:  Plaintiff | | For Court Use Only |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:*  JOSEPH LACK, etc.<br>*Defendant:*  MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES,<br>          an individual | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:18-cv-00617-RGL(GJSx) |
|---|---|---|---|---|

1.   *At the time of service I was at least 18 years of age and not a party to this action.*

2.   I served copies of the Summons In A Civil Action, Complaint, Standing Order Regarding Newly Assigned Cases

3.   a.   Party served:      MIZUHO BANK, LTD., a Japanese financial institution
     b.   Person served:    Lori Diamond, Support Specialist,  authorized to accept served under F.R.C.P. Rule 4.

4.   Address where the party was served:    350 S Grand Ave #1500, Los Angeles, CA 90071

5.   *I served the party:*
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
     process for the party (1) on: Tue, Feb 06 2018 (2) at: 01:30 PM

6.   *Person Who Served Papers:*
     a. Douglas Forrest (5141, Los Angeles)                          **d.** *The Fee* for Service was:
     **b. FIRST LEGAL**
        1517 W. Beverly Blvd.
        LOS ANGELES, CA 90026
     c. (213) 250-1111

7.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

02/07/2018

_____                    _____
(Date)                                        (Signature)



PROOF OF
SERVICE

*1998138*
*(304794)*