RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Attorneys for Plaintiff Joseph Lack*

JOHN COVE (SBN 212213)
john.cove@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199

*Attorneys for Defendant Mizuho Bank, Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>Defendants. | Case No. 2:18-cv-00617-RGK-GJS<br><br>STIPULATION REGARDING TIME FOR DEFENDANT MIZUHO BANK, LTD. TO RESPOND TO COMPLAINT AND RESPONSE TO ORDER TO SHOW CAUSE |

WHEREAS plaintiff Joseph Lack ("Lack") filed a complaint in this action on January 24, 2018 and named Mizuho Bank, Ltd. ("Mizuho"), which is headquartered in Japan, as a defendant;

WHEREAS, on March 7, 2018, Lack filed a proof of service stating that the summons, complaint, and the Court's Standing Order Regarding Newly Assigned Cases were served on Mizuho's Los Angeles branch on February 6, 2018, which set Mizuho's deadline to answer or otherwise respond to the complaint to February 28, 2018 (dkt. 11);

WHEREAS, prior to March 7, 2018, no one with direct responsibility for handling the case on behalf of Mizuho was aware that Lack had served the summons and complaint as stated in the proof of service;

WHEREAS, on March 8, 2018, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution, which stated that the deadline for Mizuho to answer or respond to the complaint had passed and invited Plaintiff to apply for an entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure;

WHEREAS, on January 31, 2018, counsel for Lack filed a motion before the United States Judicial Panel on Multidistrict Litigation (the "JPML") to consolidate this case with two other pending cases and transfer this case to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1407 (the "Transfer Motion");

WHEREAS, the Transfer Motion has been fully briefed and the JPML is scheduled to hear oral argument on the Transfer Motion on March 29, 2018;

WHEREAS, Mizuho, without waiving and expressly reserving and preserving all of Mizuho's defenses, including lack of personal jurisdiction, has not contested and will not contest service of the summons and complaint in this matter;

WHEREAS, Mizuho has not previously sought an extension of time to

STIPULATION REGARDING TIME TO RESPOND           Case No. 2:18-cv-00617-RGK-GJS

1

respond to the complaint and no other deadlines have been set in the case; and

WHEREAS, the parties agree that continuing Mizuho's deadline to answer or respond until after the JPML rules on the Transfer Motion will conserve resources.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1. Mizuho's time to answer, move, or otherwise respond to the complaint in this action is continued until further order of the Court; and

2. If the JPML denies the Transfer Motion, Mizuho shall within 45 days of the JPML's order, answer, move, or otherwise respond to the complaint.

DATED: March 13, 2018    EDELSON P.C.

By: s/Rafey S. Balabanian
RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Attorneys for Plaintiff Joseph Lack*

DATED: March 13, 2018    SHEARMAN & STERLING LLP

By: s/ John Cove
JOHN COVE (SBN 212213)
535 Mission Street, 25th Floor
San Francisco, CA 94105
john.cove@shearman.com
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

STIPULATION REGARDING TIME TO RESPOND    Case No. 2:18-cv-00617-RGK-GJS
2

1                                      *Attorneys for Defendant Mizuho Bank, Ltd.*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28