UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-18-00617-RGK-GJSx | Date | May 3, 2018 |
|---|---|---|---|
| Title | *JOSEPH LACK v. MIZUHO BANK, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Continuing Motion to Set Aside and Order to File Proposed Answer or Responsive Motion**

Defendant's Motion to Set Aside Default (DE 21) is hereby continued to May 14, 2018, and remains under submission with no appearances by counsel necessary. Defendant is ordered to file a Proposed Answer or Responsive Motion to Plaintiff's Complement no later than **May 10, 2018**.

**IT IS SO ORDERED.**

 **:** 

**Initials of Preparer**