John F. Cove, Jr. (SBN 212213)
Emily V. Griffen (SBN 209162)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415-616-1100
Facsimile: 415-616-1199
Email: john.cove@shearman.com
Email: emily.griffen@shearman.com

Jerome S. Fortinsky (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212-848-4000
Email: jfortinsky@shearman.com

*Counsel for Defendant Mizuho Bank, Ltd.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LACK,<br><br>    Plaintiff,<br><br>    v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>    Defendants. | Case No. 2:18-CV-00617-RGK-GJS<br><br>(1) JOINT STIPULATION MODIFYING BRIEFING SCHEDULE ON DEFENDANT MIZUHO BANK LTD.'S MOTION TO DISMISS<br><br>(2) DECLARATION OF JEROME S. FORTINSKY<br><br>(3) [PROPOSED] ORDER<br><br>PLACE:    Courtroom 850<br>JUDGE     Hon. R. Gary Klausner |

JOINT STIPULATION
RE: BRIEFING SCHEDULE

CASE NO. 2:18-CV-00617-RGK-GJS

1  This Stipulation is entered into by and between plaintiff Joseph Lack
2  ("Plaintiff") and defendant Mizuho Bank, Ltd. ("Mizuho") (collectively, "the
3  Parties").
4  WHEREAS, on May 7, 2018, Mizuho filed its motion to dismiss Plaintiff's
5  complaint.
6  WHEREAS, on May 14, 2018, the Court entered an Order Continuing
7  Defendant's Motion to Dismiss ("Order"), which provided in relevant part that
8  "Defendant's Motion to Dismiss, filed May 7, 2018 (DE 37), is hereby continued to
9  June 11, 2018.  Any opposition to the motion shall be filed no later than Monday,
10 May 21, 2018."
11 WHEREAS, Mizuho's reply brief in further support of its motion to dismiss
12 would be due on May 28, 2018, but for the Memorial Day holiday, and, under
13 Paragraph 6 of this Court's Standing Order Re: Newly Assigned Cases, is currently
14 due on the preceding Friday, May 25, 2018.
15 WHEREAS, Mizuho's lead counsel is scheduled to be away on vacation from
16 Thursday, May 24, 2018, through Sunday, May 27, 2018, and in light of the
17 Memorial Day holiday, Mizuho seeks an extension of its deadline to file its reply
18 brief from May 25, 2018, to June 1, 2018.
19 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,
20 between Plaintiff, by and through his counsel, and Mizuho, by and through its
21 counsel, that Mizuho's time to file its reply brief in further support of its motion to

dismiss shall be extended through and including June 1, 2018, subject to Court approval.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  May 17, 2018          SHEARMAN & STERLING LLP

/s/ John F. Cove, Jr.
John F. Cove, Jr. (SBN 212213)
Emily V. Griffen (SBN 209162)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199
Email:  john.cove@shearman.com
Email:  emily.griffen@shearman.com

Jerome S. Fortinsky (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone:  212-848-4000
Email:  jfortinsky@shearman.com

*Counsel for Defendant Mizuho Bank, Ltd.*

JOINT STIPULATION                                         CASE NO. 2:18-CV-00617-RGK-GJS
RE: BRIEFING SCHEDULE                    2

| | | |
|---|---|---|
| 1 | DATED: May 17, 2018 | EDELSON PC |
| 2 | | /s/ Rafey S. Balabanian |
| | | Rafey S. Balabanian |
| 3 | | Edelson PC |
| | | 123 Townsend Street, Suite 100 |
| 4 | | San Francisco, CA 94107 |
| | | Telephone: (415) 212.9300 |
| 5 | | Email: rbalabanian@edelson.com |
| 6 | | J. Aaron Lawson |
| | | Edelson PC |
| 7 | | 123 Townsend Street, Suite 100 |
| | | San Francisco, CA 94107 |
| 8 | | Telephone: (415) 212.9300 |
| | | Email: alawson@edelson.com |
| 9 | | *Counsel for Plaintiff* |

# ATTESTATION OF E-FILED SIGNATURES

I, Jerome S. Fortinsky, am the ECF User whose ID and passwords are being used to file this Stipulation.  In compliance with L.R. 5-4.3.4(a)(2)(ii), I hereby attest that Rafey S. Balabanian, lead counsel for Plaintiff, has concurred in the filing's content and has authorized the filing.

Dated:  May 17, 2018                    By:   /s/ Jerome S. Fortinsky

*Counsel for Defendant Mizuho Bank, Ltd.*


RE: BRIEFING SCHEDULE            4
