John F. Cove, Jr. (SBN 212213)
Emily V. Griffen (SBN 209162)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
Telephone:  415-616-1100
Facsimile:  415-616-1199
Email:  john.cove@shearman.com
Email:  emily.griffen@shearman.com

Jerome S. Fortinsky (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone:  212-848-4000
Email:  jfortinsky@shearman.com

*Counsel for Defendant Mizuho Bank, Ltd.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH LACK<br><br>                    Plaintiff,<br>         v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES<br><br>                    Defendants. | CASE NO. 2:18-CV-00617-RGK-GJS<br><br>[PROPOSED] ORDER ON JOINT STIPULATION MODIFYING BRIEFING SCHEDULE ON DEFENDANT MIZUHO BANK LTD.'S MOTION TO DISMISS<br><br>PLACE:     Courtroom 850<br>JUDGE      Hon. R. Gary Klausner |

This matter is before the Court on the parties' Joint Stipulation Modifying Briefing Schedule on Defendant Mizuho Bank Ltd.'s Motion to Dismiss (the "Joint Stipulation"). The Joint Stipulation extends the date by which defendant Mizuho Bank Ltd. ("Mizuho") must file its reply brief in further support of its motion to dismiss from May 25, 2018 to June 1, 2018, subject to Court approval. The Court, having considered the Joint Stipulation, finds good cause in support thereof.

**ORDER**

IT IS HEREBY ORDERED THAT, upon good cause shown, Mizuho's time to file its reply brief in further support of its motion to dismiss is hereby extended through and including June 1, 2018.

Dated: _____    _____
Hon. R. Gary Klausner
United States District Judge