RAFEY S. BALABANIAN (SBN – 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SNB – 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

*Counsel for Plaintiff and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 2:18-cv-00617-RGK-GJS<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENA**<br><br>Judge: Hon. R. Gary Klausner<br>Date: June 25, 2018<br>Time: 9:00 a.m.<br>Place: Courtroom 850 |

Pursuant to Fed. R. Civ. P. 26(d)(1), Plaintiff Joseph Lack, by and through his counsel, respectfully seeks leave to serve a subpoena on third-party London Trust Media, Inc. ("London Trust Media"). In support of his motion, Plaintiff states as follows:

1. This action has been brought by Plaintiff Lack against the Japanese corporation Mizuho Bank, Ltd. ("Mizuho") and an individual, Mark Karpeles ("Karpeles").

2. Mark Karpeles is a French citizen that resides in Japan, where he faces criminal charges relating to the Mt. Gox bitcoin exchange. (Dkt. 33, ¶ 2.) Because he resides in Japan and has not agreed to accept service, Plaintiff must attempt to effect service under Article 5(1)(a) of the Hague Convention.

3. To accomplish service, Plaintiff first needs a valid physical address for Mr. Karpeles, whose whereabouts are presently unknown. Plaintiff previously attempted to effect service on Karpeles through the Hague Convention in the *Greene, et al. v. Mizuho Bank, Ltd.*, No. 14-cv-1437 (N.D. Ill.) matter. Those attempts were unsuccessful and—at minimum—requires that Plaintiff locate a new address for Mr. Karpeles.

4. According to recent news reports, Karpeles has been hired as the Chief Technical Officer of an American company named London Trust Media, which is based in Denver, Colorado, but is working remotely from Japan. (Dkt. 33, ¶ 5.; *see also* Goldman, J., *Former Mt. Gox Bitcoin Exchange CEO Karpeles Lands New Job*, CNET (Apr. 23, 2018), https://www.cnet.com/news/mt-gox-bitcoin-exchange-former-ceo-karpeles-lands-new-job/ (last visited May 18, 2018).) Plaintiff therefore seeks leave to send a limited subpoena to London Trust Media for the sole purpose of ascertaining Mr. Karpeles's address.

5. Federal Rule of Civil Procedure 26 provides that a party may issue discovery prior to the parties' Rule 26(f) conference if allowed "by court order." Fed. R. Civ. P. 26(d)(1). Such discovery may be permitted for "good cause"—that

is, "where the need for expedited discovery, in consideration of the administration of justice, outweighs the prejudice to the responding party." *In re Countrywide Fin. Corp. Derivative Litig.*, 542 F. Supp. 2d 1160, 1179 (C.D. Cal. 2008) (internal citation and quotations omitted).

6. There is good cause to grant Plaintiff leave to subpoena London Trust Media. Plaintiff seeks to acquire a single piece of information from London Trust Media: Defendant Karpeles's address in Japan. As explained in his response to this court's Order to Show Cause, Lack's previous efforts to effectuate service on Karpeles in the *Greene* litigation were unsuccessful, and Karpeles's whereabouts within Japan are currently unknown. (Dkt. 33, ¶¶ 2, 4, 5.) As such, obtaining the information from London Trust Media—of which Karpeles is the CTO—via a subpoena will serve the administration of justice in this case, while imposing a comparatively light burden on London Trust Media.

7. Because there is good cause to allow pre-26(f) conference discovery under these circumstances, Plaintiff asks that this court to grant him leave to serve a subpoena on third-party London Trust Media, through which Plaintiff will seek documents sufficient to show any known physical address for Mark Karpeles.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order granting him leave to serve London Trust Media with a subpoena, to identify Mr. Karpeles's physical address for the sole purpose of effecting service of the Complaint and Summons.

Respectfully submitted,

**JOSEPH LACK**, individually and on behalf of all others similarly situated,

Dated: May 22, 2018

By: /s/ J. Aaron Lawson
One of Plaintiff's Attorneys

RAFEY S. BALABANIAN (SBN – 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN – 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

*Counsel for Plaintiff and the Putative Classes*