RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Attorneys for Plaintiff Joseph Lack*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LACK, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MIZUHO BANK, LTD. and MARK KARPELES, <br><br> Defendants. | Case No. 2:18-cv-00617-RGK-GJS <br><br> PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE MARK KARPELES |

Plaintiff Joseph Lack ("Plaintiff") respectfully requests that the Court extend by three months the deadline to file proof of service on Defendant Mark Karpeles. (See Dkt. 35.) In support, Plaintiff states as follows:

1. On April 26, 2018, the Court issued to Plaintiff an Order to Show Cause re Dismissal for Lack of Prosecution. (Dkt. 30.) In response, Plaintiff explained that because Karpeles is a French citizen believed to be living in Japan, service upon him is governed by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. In order to effect service under the Hague Convention, a physical address is required. Although Plaintiff did not have a current physical address for Karpeles, media reports indicated that he recently had been hired by an American company, London Trust Media, Inc. Plaintiff proposed to subpoena that company for Karpeles's address. (Dkt. 33.) On the basis of this filing, the Court discharged the Order to Show Cause, and further ordered that Plaintiff file a proof of service as to Karpeles by July 31, 2018. (Dkt. 35.)

2. After the Order to Show Cause was discharged, Plaintiff sought such leave. (Dkt. 45.) The Court granted Plaintiff leave to subpoena London Trust Media on June 27, 2018. (Dkt. 53.)

3. Plaintiff thereafter served London Trust Media with a subpoena. The subpoena requested a response by July 16, 2018. Yet, as explained in the attached Declaration of J. Aaron Lawson, London Trust Media did not respond until July 30, 2018. (See Exhibit A, Lawson Decl. ¶ 4, Dkt. 60-1.)

4. In its response, London Trust Media disclosed that Mr. Karpeles lives in Tokyo, Japan, necessitating service via the procedures called for in the Hague Convention. (*Id.*)

5. Plaintiff has been diligent in his efforts to serve Mr. Karpeles, but service is not possible before the Court's deadline. (See Lawson Decl. ¶ 5.)

1        6.      Therefore, and in light of the fact that "Rule 4(m)'s 120–day time limit does not apply to service in a foreign country," *City Drinker, Inc. v. Kodali*, No. CV 13-9223 PA (PLAX), 2014 WL 12608565, at *1 (C.D. Cal. Dec. 10, 2014) (citing *Lucas v. Natoli*, 932 F.2d 432 (9th Cir. 1991), Plaintiff respectfully requests that the Court extend the time in which to file a proof of service as to Mark Karpeles.

       WHEREFORE, and for the reasons stated above, Plaintiff Joseph Lack respectfully requests that the Court extend the time to serve Karpeles by three months and not dismiss his claims against Karpeles for lack of prosecution.

                                                 Respectfully submitted,

                                                 **JOSEPH LACK**, individually and on behalf of all others similarly situated,

Dated: July 31, 2018             By:/s/ J. Aaron Lawson
                                                      One of Plaintiffs' Attorneys

                                                 RAFEY S. BALABANIAN (SBN – 315962)
                                                 rbalabanian@edelson.com
                                                 J. AARON LAWSON (SBN – 319306)
                                                 alawson@edelson.com
                                                 Edelson PC
                                                 123 Townsend Street, Suite 100
                                                 San Francisco, California 94107
                                                 Telephone: (415) 212-9300
                                                 Facsimile: (415) 373-9435

                                                 *Counsel for Plaintiff and the Putative Classes*