UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18−cv−00617−RGK−GJS | Date | 10/15/2018 |
| Title | JOSEPH LACK V. MIZUHO BANK, LTD., ET AL | | |

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

John Lawson                             John Cove, Jr.


**Proceedings:**   SCHEDULING CONFERENCE

   Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 5−10 days): | June 25, 2019 at 09:00 AM |
| Pretrial Conference: | June 10, 2019 at 09:00 AM |
| Motion Cut−Off Date (last day to file): | April 10, 2019 |
| Discovery Cut−Off Date: | March 27, 2019 |

   Last day to motion the Court to add parties or amend complaint is 2/1/2019. Counsel inform the Court that they have selected settlement option number 3.

   **IT IS SO ORDERED.**

                                                                        :06
                                                    Initials of Preparer: sw

cc:   ADR UNIT