NOTE: CHANGES MADE BY THE COURT

RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Attorneys for Plaintiff Joseph Lack*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>Defendants. | Case No. 2:18-cv-00617-RGK-GJS<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S SECOND APPLICATION FOR AN EXTENSION OF TIME TO FILE PROOF OF SERVICE<br><br>PLACE: Courtroom 850<br><br>JUDGE: Hon. R. Gary Klausner |

[PROPOSED] ORDER GRANTING
PLAINTIFF'S APPLICATION FOR AN
EXTENSION OF TIME TO FILE PROOF
OF SERVICE                                                                 Case No. 2:18-cv-00617-RGK-GJS

# ORDER

This matter is before the Court on Plaintiff's Ex Parte Application for a Second Extension of Time in which to file Proof of Service on Defendant Mark Karpeles and supporting Declaration. The Application extends the time to file Proof of Service on Defendant Karpeles until January 31, 2019. The Court, having considered the Application and supporting Declaration, finds good cause to extend the deadline to file proof of service.

IT IS HEREBY ORDERED THAT the time for Plaintiff to file Proof of Service on Defendant Mark Karpeles is extended to and through **JANUARY 4, 2019**.

Dated: November 07, 2018

_____
Hon. R. Gary Klausner
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR AN EXTENSION OF TIME TO FILE PROOF OF SERVICE

Case No. 2:18-cv-00617-RGK-GJS

1