RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Attorneys for Plaintiff Joseph Lack*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>    Defendants. | Case No. 2:18-cv-00617-RGK-GJS<br><br>PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE MARK KARPELES |

Plaintiff Joseph Lack ("Plaintiff") respectfully requests that the Court extend by three months the deadline to file Proof of Service on Defendant Mark Karpeles. (See dkt. 73.) In support, Plaintiff states as follows:

1. On April 26, 2018, the Court issued to Plaintiff an Order to Show Cause re Dismissal for Lack of Prosecution. (Dkt. 30.) In response, Plaintiff explained that because Karpeles is a French citizen believed to be living in Japan, service upon him is governed by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. In order to effect service under the Hague Convention, a physical address is required. Although Plaintiff did not have a current physical address for Karpeles, media reports indicated that he recently had been hired by an American company, London Trust Media, Inc. Plaintiff proposed to subpoena that company for Karpeles's address. (Dkt. 33.) On the basis of this filing, the Court discharged the Order to Show Cause, and further ordered that Plaintiff file Proof of Service as to Karpeles by July 31, 2018. (Dkt. 35.)

2. After the Order to Show Cause was discharged, Plaintiff sought such leave. (Dkt. 45.) The Court granted Plaintiff leave to subpoena London Trust Media on June 27, 2018. (Dkt. 53.)

3. London Trust Media's response to the subpoena indicated that Mr. Karpeles resides in Japan, and so service must be accomplished through Japan's Ministry of Foreign Affairs, in accordance with the Hague Convention. (See dkt. 60, ¶¶ 3-4; Lawson Decl. ¶ 2, attached hereto as Exhibit A.)

4. Plaintiff has initiated the process of serving Mr. Karpeles in Japan. Japan's Ministry of Foreign Affairs has confirmed that it has received all required documents and is in the process of accomplishing service on Mr. Karpeles. (Lawson Decl. ¶¶ 3-4.)

5. As of this date, however, service has not been effected on Mr. Karpeles. Further, the Ministry of Foreign Affairs will not provide updates on their progress. (Lawson Decl. ¶¶ 5-6.)

6. Plaintiff has been diligent in his efforts to serve Mr. Karpeles, but service is not possible before the Court's deadline. (See Lawson Decl. ¶¶ 2, 4, 6.)

7. Therefore, and in light of the fact that "Rule 4(m)'s 120–day time limit does not apply to service in a foreign country," *City Drinker, Inc. v. Kodali*, No. CV 13-9223 PA (PLAX), 2014 WL 12608565, at *1 (C.D. Cal. Dec. 10, 2014) (citing *Lucas v. Natoli*, 932 F.2d 432 (9th Cir. 1991), Plaintiff respectfully requests that the Court extend the time in which to file Proof of Service as to Mark Karpeles by three months.

WHEREFORE, and for the reasons stated above, Plaintiff Joseph Lack respectfully requests that the Court extend the time to serve Karpeles by three months.

Respectfully submitted,

**JOSEPH LACK**, individually and on behalf of all others similarly situated,

Dated: January 4, 2019    By:    /s/ J. Aaron Lawson
One of Plaintiffs' Attorneys

RAFEY S. BALABANIAN (SBN – 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN – 319306)
alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Counsel for Plaintiff and the Putative Classes*