# EXHIBIT A

Case 2:18-cv-00617-RGK-GJS   Document 74-1   Filed 01/04/19   Page 1 of 4   Page ID #:901

RAFEY S. BALABANIAN (SBN – 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SNB – 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

*Counsel for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 2:18-cv-00617-RGK-GJS<br><br>**DECLARATION OF<br>J. AARON LAWSON** |

I, J. Aaron Lawson, declare as follows:

1. I am an attorney admitted to practice before all courts in the State of California. I am counsel of record for Joseph Lack and the putative class in the matter of *Lack v. Mizuho Bank, Ltd., et al.*, No. 18-cv-00617. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would completely testify hereto.

2. As laid out in our previous two motions to extend time to serve Defendant Mark Karpeles, based on publicly available news reports indicating that Mr. Karpeles had taken a job with London Trust Media, Inc., I caused to be served on London Trust Media, Inc., a subpoena requesting information on Mr. Karpeles's home address. I received a response to that subpoena on July 30, 2018, indicating that Mr. Karpeles resides in Japan.

3. Mr. Karpeles's Japanese residency necessitates service through the process laid out in the Hague Convention. Upon receipt of London Trust Media's response to our subpoena, I immediately began the process of serving Mr. Karpeles at the address provided.

4. Service of documents in Japan must be made through Japan's Ministry of Foreign Affairs. On September 2, 2018, I received confirmation from an employee at the Ministry that they had received all necessary documents.

5. I understand that service of documents in Japan can take up to six months. I also understand that Japan's Ministry of Foreign Service does not provide granular or periodic updates on the progress of service.

6. As of January 4, 2019, neither I nor anyone at my firm has received any update on whether Mr. Karpeles has been served.

7. Plaintiff was unable to conduct a Local Rule 7-3 conference with Mark Karpeles (who has not appeared in this case and is not, to Plaintiff's knowledge, represented by counsel in this case).

1  I declare under penalty of perjury that the above and foregoing is true and
2  correct.
3  Executed January 4, 2019 in San Francisco, California.
4  /s/J. Aaron Lawson