# EXHIBIT 1

RAFEY S. BALABANIAN (SBN – 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN – 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

*Counsel for Plaintiff and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>　　　　　*Defendants.* | Case No. 2:18-cv-00617-RGK<br><br>**DECLARATION OF J. AARON LAWSON IN SUPPORT OF PLAINTIFF'S MOTION TO APPROVE ALTERNATIVE SERVICE ON DEFENDANT MARK KARPELES**<br><br>Judge:　Hon. R. Gary Klausner<br>Date:<br>Time:　9:00 a.m.<br>Place:　Courtroom 850 |

DECLARATION OF J. AARON LAWSION　　　　　CASE NO. 2:18-CV-00617-RGK-GJS
ISO PLAINTIFF'S MOT. FOR ALT. SERVICE

# DECLARATION OF J. AARON LAWSON

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney in the above-captioned matter. I am entering this declaration in support of Plaintiff's Motion to Approve Alternative Service on Defendant Mark Karpeles. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. I am an attorney in the San Francisco office of Edelson PC, which has been retained to represent Plaintiff Joseph Lack in this matter.

3. I also previously represented Plaintiff Joseph Lack as a plaintiff in *Greene v. Mizuho Bank, Ltd.*, No. 1:14-cv-01437 (N.D. Ill.) prior to his voluntary dismissal from that case. I continue to represent Gregory Greene and Anthony Motto, the remaining representative plaintiffs in the case.

4. During the week of January 28, 2019, counsel for Mark Karpeles in *Greene* stated via email that she needed to confer (and then had conferred) with her client before the parties filed their joint proposed case schedule in that litigation.

5. On October 10, 2016, I participated in a Skype call with Mark Karpeles, where he answered several questions about the Mt. Gox Exchange and generally discussed Mizuho Bank's role in the Exchange's operation. During the call, Mr. Karpeles stated that he was not represented by counsel. A day after the call, my firm followed up with Mark Karpeles via email (at the magicaltux@gmail.com email address, which Mark had confirmed as his personal email account during the October 10th call) with a number of additional questions in writing. Mr. Karpeles replied in writing via an email sent from the magicaltux@gmail.com address on October 12, 2016. Mr. Karpeles continued to send emails to attorneys at Edelson PC emails using the magicaltux@gmail.com email address through July 20, 2017. Mr. Karpeles has used this same email address as a point of contact for creditors of Mt. Gox, including on a forum he hosted on the website

reddit.com in 2018. *See* https://www.reddit.com/r/Bitcoin/comments/89o16y/im_mark_karpel%C3%A8s_exceo_of_bankrupt_mtgox_ask_me/ (last accessed February 4, 2019).

6. On January 29, 2019, I received correspondence from the Consulate General of Japan (dated January 24, 2019), which stated that the papers our firm submitted through Japan's Ministry of Foreign Affairs for service on Mark Karpeles could not been served at the address.

7. On August 28, 2018, an attorney from my firm requested that counsel for Mark Karpeles in the *Greene* litigation (Bevin Brennan) accept and pass on copies of the complaint and summons from this case to her client. Ms. Brennan, however, refused.

8. On February 5, 2019, I conferred with counsel for Defendant Mizuho Bank, Ltd. about the relief sought in the instant application. Counsel represented that Mizuho indicated that Mizuho does not oppose the application.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed February 5, 2019 in San Francisco, California.

/s/ J. Aaron Lawson