John F. Cove, Jr. (SBN 212213)
Emily V. Griffen (SBN 209162)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
Telephone:  415-616-1100
Facsimile:  415-616-1199
Email:  john.cove@shearman.com
Email:  emily.griffen@shearman.com

Jerome S. Fortinsky (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone:  212-848-4000
Email:  jfortinsky@shearman.com

*Counsel for Defendant Mizuho Bank, Ltd.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LACK,<br><br>    Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>    Defendants. | Case No. 2:18-CV-00617-RGK-GJS<br><br>**REPLY IN SUPPORT OF DEFENDANT MIZUHO BANK, LTD.'S MOTION TO STAY PROCEEDINGS**<br><br>DATE:    March 4, 2019<br>TIME:    9:00 a.m.<br>PLACE:   Courtroom 850<br>JUDGE    Hon. R. Gary Klausner |

On February 4, 2019, Defendant Mizuho Bank, Ltd. ("Mizuho") filed a Motion to Stay Proceedings. (Dkt. 78.) Under Civil Local Rule 7-9, the time has passed for Plaintiff Joseph Lack to file papers in opposition, and he has not offered any reason that this case should proceed now. His claims are highly likely to be mooted by soon-to-be-resolved Japanese civil rehabilitation proceedings, as explained in the Motion to Stay. For this reason, and for the reasons stated in its Motion to Stay, Mizuho respectfully requests that the Court grant the motion.

Dated: February 15, 2019　　　　SHEARMAN & STERLING LLP

By: */s/ John F. Cove, Jr.*
　　　　John F. Cove, Jr.

*Attorneys for Defendant Mizuho Bank, Ltd.*