RAFEY S. BALABANIAN (SBN – 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN – 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

*Counsel for Plaintiff and the Putative Classes*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JOSEPH LACK, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-02911-JSC |
| *Plaintiff,* | **PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(b)** |
| *v.* | |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | |
| *Defendants.* | |

Pursuant to Local Rule 79-5.2.2(b), Plaintiff Joseph Lack hereby applies for leave of Court to file documents under seal. In support of his Application, Plaintiff states as follows:

1.     Plaintiff seeks leave to file under seal portions of Plaintiff's Motion for Class Certification and supporting materials.

2.     Many of the exhibits to the Motion were designated "Confidential" or "Attorneys' Eyes Only" pursuant to a Stipulated Protective Order entered in *Greene v. Mizuho Bank, Ltd.*, No. 1:14-cv-01437 (N.D. Ill.), Dkt. 178. For purposes of the present litigation, the parties stipulated to the same designations under the Stipulated Protective Order entered in this litigation. Dkt. 81. Finally, Exhibits 18 and 19 to the Declaration of J. Aaron Lawson were submitted under seal (with leave of court) in the *Greene* litigation.

3.     Many of the documents attached as Exhibits to the Lawson Declaration in support of Plaintiff's Motion for Class Certification are translated copies of meeting notes created internally by Mizuho employees. Due to the brief nature of these documents, they are being submitted completely under seal. Further, with respect to deposition testimony from Mizuho Bank representatives, the testimony has been carefully excerpted. Given the minimal nature of the excerpts submitted, this testimony is being submitted completely under seal.

4.     On February 28, 2019, counsel for Plaintiff and Mizuho conferred regarding this Application. *See* Local Rule 79-5.2.2(b). Plaintiff is authorized to state that Mizuho does not oppose this Application.

5.     Typically, there must be "compelling reasons" to seal documents from public view. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). But as this Court has noted, "private materials unearthed during discovery" are subject to a lower standard on motions to seal than the typical "compelling reasons" standard. *Raiser v. City of Upland*, No. EDCV1100465RGKRZ, 2014 WL 12696753, at *1 (C.D. Cal. Mar. 17, 2014) (internal quotation omitted). This is in part because "when a district court grants a protective order to seal documents during discovery, it has already determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality.'" *Kamakana*, 447 F.3d at 1179–80 (internal quotation and citation

1  omitted).

2      *6.*      Pursuant to L.R. 79-5.2.2(b), Mizuho Bank, as the designating party, has four

3  days to file a declaration providing any further support for filing the Motion for Class

4  Certification and supporting materials under seal.

5      **WHEREFORE**, Plaintiff respectfully requests that the Court enter an order granting him

6  leave to file unredacted versions of the aforementioned documents under seal.

7

8                                    Respectfully submitted,

9                                    **JOSEPH LACK**, individually and on behalf of all
                                     others similarly situated,

10

11  Dated: March 8, 2019             By: /s/ J. Aaron Lawson
                                     One of Plaintiff's Attorneys

12

13                                   RAFEY S. BALABANIAN (SBN – 315962)
                                     rbalabanian@edelson.com

14                                   J. AARON LAWSON (SBN – 319306)
                                     alawson@edelson.com

15                                   EDELSON PC
                                     123 Townsend Street, Suite 100

16                                   San Francisco, California 94107
                                     Tel: (415) 212-9300

17                                   Fax: (415) 373-9435

18                                   *Counsel for Plaintiff and the Putative Classes*

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I, J. Aaron Lawson, an attorney, certify that on March 8, 2019, I served the above and foregoing ***Plaintiff's Application For Leave To File Under Seal Pursuant To Local Rule 79-5.2.2(b)*** by causing true and accurate copies of such paper to be transmitted by electronic mail to the persons registered to receive such notice via the Court's CM/ECF electronic filing system.

/s/  J. Aaron Lawson