# Exhibit 20

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                      EASTERN DIVISION

 4   GREGORY GREENE, JOSEPH LACK,

 5   ANTHONY MOTTO, and GREGORY PEARCE,

 6   individually and on behalf of

 7   all others similarly situated,

 8                    Plaintiffs,

 9        vs.

10   MIZUHO BANK, LTD., a Japanese      Civil Action No.

11   financial institution, and         14 C 01437

12   MARK KARPELES, an individual,

13                    Defendants.

14   _____

15

16        VIDEOTAPED DEPOSITION OF JOSEPH LACK

17

18              Wednesday, August 2, 2017

19                9:01 a.m. - 3:56 p.m.

20                 Shearman & Sterling

21           535 Mission Street, 25th Floor

22              San Francisco, California

23   REPORTED BY:

24   James Beasley

25   CSR No. 12807, CCR No. 835, RPR
```

Page 2

```
 1  APPEARANCES:
 2
 3       For the Plaintiffs:
 4
 5            EDELSON PC
 6            BY:  EVE-LYNN RAPP, ESQ.
 7            BY:  NINA EISENBERG, ESQ.
 8            123 Townsend Street, Suite 100
 9            San Francisco, California 94107
10
11
12
13
14       For the Defendants:
15
16            SHEARMAN & STERLING, LLP
17            BY:  JEFFREY J. RESETARITS, ESQ.
18            599 Lexington Avenue
19            New York, New York 10022
20
21
22
23       Also Present:
24            ANDREW MARTIN, THE VIDEOGRAPHER
25
```

Page 3

```
 1            INDEX TO EXAMINATION
 2
 3            WITNESS:  JOSEPH LACK
 4                                              PAGE
 5  PROCEEDINGS                                   7
 6
 7  EXAMINATION                                 PAGE
 8  BY MR. RESETARITS                             9
 9
10  AFTERNOON SESSION                           129
11
12  EXAMINATION                                 PAGE
13  BY MR. RESETARITS (CONTINUED)               129
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1            INDEX TO EXHIBITS
 2            JOSEPH LACK, VOLUME I
 3  Gregory Greene, et al., v. Mizuho Bank, Ltd., et al.
 4            Thursday, August 10, 2017
 5       James Beasley  CSR No. 12807, RPR
 6
 7  NEWLY MARKED      DESCRIPTION              PAGE
 8            (Attached to Transcript.)
 9
10  Exhibit 1   Document entitled:  "Fourth Amended    12
11              Class Action Complaint"; 34 pages.
12  Exhibit 2   E-mail correspondence, first page,     96
13              Joseph Lack to Joe Lack, December
14              16, 2015; 21 pages.
15  Exhibit 3   Document entitled:  "Wells Fargo      101
16              Bank Combined Disclosure for
17              Outgoing Consumer International
18              Wires"; one page.
19  Exhibit 4   Document entitled:  "Wire Transfer    104
20              Services Outgoing Wire Transfer
21              Request"; four pages.
22  Exhibit 5   "Attn:  Wire Investigations"; two     132
23              pages.
24
25
```

Page 5

```
 1         INDEX TO EXHIBITS (CONTINUED)
 2
 3  NEWLY MARKED      DESCRIPTION              PAGE
 4            (Attached to Transcript.)
 5
 6  Exhibit 6   Document entitled:  "Wire Transfer    135
 7              Services Outgoing Wire Transfer
 8              Request"; two pages.
 9  Exhibit 7   Cover page entitled:  "Group Exhibit  141
10              B"; nine pages.
11  Exhibit 8   Document entitled:  "Statement on     150
12              Resumption of Withdrawals and
13              Improved Banking"; one page.
14  Exhibit 9   Document entitled:  "MtGox- Bitcoin   155
15              Exchange:  Transfer"; two pages.
16  Exhibit 10  Document entitled:  "Plaintiff        173
17              Joseph Lack's Answers to Defendant
18              Mizuho Bank Ltd.'s First Set of
19              Interrogatories"; 13 pages.
20  Exhibit 11  Document entitled:  "Plaintiff        182
21              Joseph Lack's First Supplemental
22              Answers to Defendant Mizuho Bank
23              Ltd.'s First Set of
24              Interrogatories"; nine pages.
25
```

Page 6

1        INDEX TO EXHIBITS (CONTINUED)
2
3   NEWLY MARKED        DESCRIPTION              PAGE
4                 (Attached to Transcript.)
5
6   Exhibit 12  Document entitled:  "Plaintiff      188
7               Joseph Lack's Second Supplemental
8               Answers to Defendant Mizuho Bank
9               Ltd.'s First Set of
10              Interrogatories"; seven pages.
11  Exhibit 13  Handwritten notes; two pages.       189
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1               San Francisco, California;
2            Thursday, August 10, 2017, 9:01 a.m.
3                          * * *
4                    P R O C E E D I N G S
5                          * * *
6           THE VIDEOGRAPHER:  Good morning.  We are
7   on the record.  This is the recorded video
8   deposition of Joseph Lack, in the matter of Gregory
9   Greene, et al., versus Mizuho Bank, in the
10  United States District Court for the Northern
11  District of Illinois, Eastern Division, Case
12  No. 14 C 01437, taken on behalf of the defendant.
13          This deposition is taking place at
14  Shearman & Sterling, 535 Mission Street,
15  San Francisco, California, on August 2, 2017, at
16  9:01 a.m.
17          My name is Andrew Martin.  I'm the
18  videographer with U.S. Legal Support, located at
19  44 Montgomery Street, Suite 550, San Francisco,
20  California.
21          Video and audio recording will be taking
22  place unless all counsel have agreed to go off the
23  record.
24          Would all present please introduce
25  themselves, beginning with the witness.

Page 8

1           THE WITNESS:  Joseph Lack.
2           MS. RAPP:  Eve-Lynn Rapp with Edelson PC,
3   counsel for plaintiff.
4           MS. EISENBERG:  Nina Eisenberg, counsel
5   with Edelson PC, counsel for plaintiff and the
6   putative class.
7           MR. RESETARITS:  Jeffrey Resetarits with
8   Shearman & Sterling on behalf of Mizuho Bank.
9           THE VIDEOGRAPHER:  The certified court
10  reporter is James Beasley.
11          Would you please swear in the witness.
12                       * * *
13               Joseph Lack,
14  being first duly sworn and/or affirmed by the
15  Certified Shorthand Reporter to tell the truth, the
16  whole truth and nothing but the truth, testified as
17  follows:
18                       * * *
19          MR. RESETARITS:  Good morning, Mr. Lack.
20  At the beginning of the deposition, I just want to
21  put a statement on the record.  Mizuho does not
22  believe that the Court has jurisdiction over Mizuho.
23  Mizuho filed a motion to dismiss for lack of
24  personal jurisdiction.  The Court denied that
25  motion, but Mizuho continues to contest that the

Page 9

1   Court has personal jurisdiction over Mizuho.
2                        * * *
3                  E X A M I N A T I O N
4                        * * *
5   BY MR. RESETARITS:
6       Q.  Good morning, Mr. Lack.  Could you state
7   your name and address for the -- for the record.
8       A.  Joseph Lack.  13080 Pacific Promenade,
9   409, Playa Vista, California 90094.
10      Q.  Mr. Lack, have you ever been deposed
11  before?
12      A.  No.
13      Q.  At the beginning I just want to explain
14  some basic rules that will help the day go smoothly.
15          If you don't understand a question that I
16  ask, could you please let me know?
17      A.  Yes.
18      Q.  The court reporter is taking down the
19  questions that I ask and the answers that you
20  provide.  In order for the court reporter to get a
21  clear transcript, it's important that we don't talk
22  over each other.
23          So what I'll try to do is wait until
24  you're done answering before I ask the next question
25  and if you could wait until I'm done asking a

Page 18

1  Q. Okay. What was told to you? What factual
2  information was told to you? I don't want to hear
3  any legal advice; that's protected, you shouldn't
4  disclose any legal advice. Facts are not protected.
5      If there's factual information to support
6  this allegation, that's what we're here for, to find
7  out what the facts are.
8  A. Well, I mean, the -- the fact is that they
9  stopped processing wire transfer withdrawals
10 requests.
11 Q. But why did that make it impossible for
12 Mt. Gox users in the United States to withdraw money
13 from Mt. Gox?
14 A. It was impossible for me to withdraw any
15 money when -- when I tried to withdraw money, it was
16 impossible for me to do so.
17 Q. We'll get to your situation later.
18     But right now I'm talking about in
19 mid-2013 did you have -- did you have any money at
20 Mt. Gox?
21 A. No, I did not.
22 Q. So in mid-2013 -- Paragraph 2 says -- that
23 it was impossible for Mt. Gox uses in the
24 United States to withdraw money from Mt. Gox because
25 of Mizuho's decision to stop processing withdrawal

Page 19

1  requests for Mt. Gox.
2      I'm asking you, what facts do you have to
3  support that allegation?
4  MS. RAPP: Objection. It's asked and
5  answered.
6  THE WITNESS: I wasn't on the exchange at
7  that time.
8  BY MR. RESETARITS:
9  Q. So you don't have any factual information
10 to support that allegation; is that correct?
11 A. I don't have any personal -- I don't have
12 any personal information and personal knowledge. I
13 don't have any personal knowledge. I didn't have an
14 account open at that time.
15 Q. Do you have any -- are you aware of any
16 facts that would support that allegation?
17 MS. RAPP: Same objection.
18 THE WITNESS: I'm not going to speak of
19 the facts that I may be aware of. I mean, I don't
20 know if those are true or not. So I'm not going to
21 say something that I'm not sure of.
22 BY MR. RESETARITS:
23 Q. Are you aware of any reason why Mt. Gox
24 could not use a different bank other than Mizuho,
25 after Mizuho stopped processing withdrawal requests

Page 20

1  for -- for Mt. Gox, in order to service Mt. Gox's
2  U.S. customers who wanted to make withdrawals?
3  MS. RAPP: Objection. Calls for
4  speculation.
5      You can answer.
6  THE WITNESS: Speaking as to my own
7  personal situation, the only bank that I was ever
8  told that I had to go through was Mizuho.
9  BY MR. RESETARITS:
10 Q. Okay. But why -- are you aware of any
11 facts that would present -- prevent Mt. Gox from
12 using another bank in order to service its clients
13 who requested to withdraw money from the
14 Mt. Gox Exchange?
15 A. I can't speak to other people's situation.
16 All I can speak to -- only in my own situation.
17     And that was that I was only allowed to go
18 through Mizuho.
19 Q. I'm not asking for you to talk about other
20 people's situation. I'm asking a very specific
21 question.
22     Are you aware of any facts that would
23 prevent Mt. Gox from using another bank, other than
24 Mizuho, to process withdrawal requests after Mizuho
25 stopped processing withdrawal requests for Mt. Gox?

Page 21

1  A. I was never made aware of any other bank,
2  other than Mizuho, being in charge of handling
3  deposit or withdrawal requests.
4  Q. Okay. Again, that's not the question.
5      I'm asking if you know any facts that
6  would prevent Mt. Gox from using another bank to
7  service its U.S. customers after they made a
8  withdrawal request.
9  A. I haven't reviewed all the documents in
10 this case, so I can't answer that question. There
11 may be documents out there. I just haven't reviewed
12 everything.
13 Q. Sitting here today, are you aware of any
14 facts or any reason why Mt. Gox could not have used
15 another bank to service its U.S. customers and
16 process withdrawal requests after Mizuho stopped
17 processing withdrawal requests for Mt. Gox?
18 MS. RAPP: Asked and answered.
19     But you can -- you can --
20 THE WITNESS: I'll repeat my same -- I'll
21 repeat my same answer. I mean, I -- you're asking
22 me to -- to -- to speak of other people's
23 situations, and I -- I just don't have information
24 as to the other -- thousands of other users on the
25 exchange.

```
                                                Page 50
 1     It's -- the allegation is that, from
 2  mid-2013 on, the reason that Mizuho continued
 3  accepting customer deposits was to continue
 4  profiting from the deposit fees that it collected.
 5     That was --
 6     MS. RAPP:  Objection.  I'm sorry.
 7  Objection.  I don't think it mentions mid-2013 in
 8  the Allegation 34.
 9     Sorry for interrupting.
10     THE WITNESS:  Is there a question?  I
11  believe -- I thought you were still asking.  There
12  could be many reasons.  I don't think that was their
13  sole reason.  Again, I can't speak to Mizuho's
14  intent on continuing the deposits.  There could have
15  been several reasons.  I -- I'm just not in that
16  position to answer that question.
17  BY MR. RESETARITS:
18     Q.   That's fair.
19          But with regard to the reason that was
20  identified in the complaint, I'm wondering if you
21  have any facts to support the allegation that Mizuho
22  continued to accept customer deposits, one of the
23  reasons that Mizuho continued to accept customer
24  deposits was they continued profiting from the
25  deposit fees that it collected.
```

```
                                                Page 51
 1     A.   My answer would be, yes, that would be one
 2  of the reasons.
 3     Q.   And what -- what facts do you have to
 4  support that that was a motivating factor for Mizuho
 5  to continue accepting customer deposits from
 6  mid-2013 until Mt. Gox collapsed?
 7     A.   I'm not sure I have -- if you want to
 8  classify as a motivating factor or just a reason
 9  why, you know, I -- I don't have any personal
10  information -- personal knowledge of that other than
11  it'd just make business sense as far as continuing
12  to make fees off something.
13     Q.   So --
14     A.   I mean, there's other factors at play, I'm
15  sure.
16     Q.   What are the other factors?
17     A.   I don't know.  I'm not in Mizuho's
18  position.
19     Q.   I understand.  And that's -- that's fine.
20  I'm not -- I'm not asking you to guess.  I'm not
21  asking you to speculate.  I'm just asking you if you
22  know.
23          An allegation was made in Paragraph 34
24  that one of the motivating factors for Mizuho to
25  continue accepting customer deposits from mid-2013
```

```
                                                Page 52
 1  until Mt. Gox' collapse was that it wanted to
 2  make -- continue to profit from deposit fees.
 3          So I'm asking you what facts there are to
 4  support that that was a factor for Mizuho to
 5  continue accepting customer deposits.
 6     A.   I am unaware of any facts that support
 7  that.
 8     Q.   Okay.  Could you read Paragraph 35 and 36.
 9     A.   Okay.
10     Q.   In Paragraph 36 it says:
11              "Both Karpeles and Mizuho knew that
12          these statements were false."
13          In Paragraph 36, do you agree that "these
14  statements" refers to the statements referenced in
15  the previous paragraph, Paragraph 35?
16     A.   I believe so.
17     Q.   Again, what facts do you have to support
18  the allegation that Mizuho knew these facts, and by
19  "these facts" we're referring to the statements in
20  Paragraph 5 -- 35, knew that the statements in
21  Paragraph 35 were false?
22     A.   Well, from my understanding, is that
23  Mizuho had already blocked any type of withdrawal
24  requests from Mt. Gox users.  But then the statement
25  that Karpeles said that it was only a minor -- where
```

```
                                                Page 53
 1  is it? -- due to change in the banking system is --
 2  is completely wrong.
 3          So Mizuho knew the reason and -- and
 4  this -- Karpeles's statement said something
 5  different than Mizuho had already taken action
 6  against.
 7     Q.   Let -- let's take Karpeles's statement one
 8  at a time.  Karpeles says in Paragraph 35 that the
 9  delays in processing withdrawal requests were due to
10  a backlog.
11          What facts do you have that that
12  statement's not true?
13     A.   Well, there may have been a backlog, but
14  it was a backlog for a -- for a reason that Karpeles
15  did not -- or Mizuho say the real -- the real reason
16  was.  I mean, at the time Mt. Gox was the largest
17  exchange processing Bitcoins.
18          And there was a tremendous spike in the
19  price throughout 2013 from a hundred to a thousand,
20  and a lot of people were jumping to the exchange,
21  depositing, withdrawing.  Again, this is just from
22  my understanding of the exchange after the fact.
23          And so, yeah, it's understandable to --
24  and not knowing what was really going on -- to see
25  that, sure, you would understand why there would be
```

Page 54

1  a backlog, maybe there was limited staff and they
2  were flooded with requests.
3       But that wasn't the reason for the
4  backlog.  The backlog, from what I understand, is
5  that it was because Mizuho had in -- sometime in
6  around mid-2013, had already taken action against
7  Mt. Gox to prohibit any -- any -- any or all
8  withdrawal requests.  Many or all, I'm not sure.
9     Q.   Do you know for a fact that Mt. Gox did
10 not use other banks to service its U.S. customers?
11    A.   I -- I was never informed of that.  I was
12 never informed that Mt. Gox used other banks.
13    Q.   Do you have any --
14    A.   Any other.
15    Q.   Do you have any -- any facts affirmatively
16 which support the statement that Mt. Gox did not use
17 any banks -- other banks to process withdrawal
18 requests by -- by Mt. Gox's U.S. customers?
19    A.   All the documents that I read in opening
20 accounts, all around that -- that time frame of me
21 looking into Mt. Gox, opening an account, I was
22 never -- and it -- never came across any other bank
23 name to go through on either depositing or
24 withdrawing money.
25    Q.   That's not my question.

Page 55

1       My question is, do you know affirmatively,
2  do you have factual information that Mt. Gox did not
3  use other banks to service its U.S. customers when
4  they made withdrawal requests?
5     A.   No, I do not have any documents saying
6  that.  I'm not aware of any documents saying that.
7     Q.   Are you -- do you have any other
8  knowledge, beyond documents, that Mt. Gox did not --
9  affirmatively did not use other banks to service its
10 U.S. customers when they made withdrawal requests
11 after Mizuho stopped processing withdrawal requests
12 from Mt. Gox?
13    A.   I mean, just speaking from my own personal
14 experience.  The only name -- the only bank that
15 ever surfaced that I had to go through was Mizuho.
16 And that's all I can speak to.
17    Q.   That -- that's -- that's not responsive to
18 the question.
19      I'm asking you if you have any facts that
20 support your statement that Mt. Gox did not use
21 other banks to service U.S. customers when they made
22 withdrawal requests after Mizuho stopped making
23 withdrawal requests for -- for Mt. Gox?
24      MS. RAPP:  I think it's asked and
25 answered.  He's saying that his knowledge is based

Page 56

1  on his own experience, that he didn't have the --
2  that those are his facts.  Asked and answered.
3       THE WITNESS:  I mean, I was never aware of
4  any other bank.  Soon after I was -- I -- I
5  considered myself completely out of any chance of
6  recovering my money, that's when I reached out to
7  this law firm.
8       And I never went back to discover what
9  other banks I could have gone through to withdraw
10 any money.  I just never went through any of that
11 process.
12 BY MR. RESETARITS:
13    Q.   Did your attorneys share with you an
14 e-mail they had received from Mark Karpeles where he
15 told your attorneys that he -- after Mt. Gox
16 stopped -- sorry, after Mizuho -- let me start over.
17      Did your attorneys share with you an
18 e-mail that they received from Mark Karpeles in
19 which he told your attorneys that after Mizuho
20 stopped processing withdrawal requests that Mt. Gox
21 moved money to Japan Post and serviced withdrawal
22 requests from U.S. customers through Japan Post?
23    A.   No.
24    Q.   If Mt. Gox used Japan Post to service U.S.
25 customers after Mizuho stopped processing withdrawal

Page 57

1  requests, then wouldn't Karpeles's statement be
2  accurate, that there -- that there were delays
3  rather than it was impossible to withdraw money
4  from -- from the exchange?
5       MS. RAPP:  Object to form.
6       THE WITNESS:  That's going out on a -- on
7  a limb there.  I -- I haven't seen the e-mail.  I
8  don't know anything about Japan Post.
9  BY MR. RESETARITS:
10    Q.   Okay.
11    A.   I don't know about Karpeles's credibility.
12 That's for sure.
13    Q.   Okay.  But the allegation in Paragraph 35 --
14 36, says that:
15         "Mizuho knew that these statements were
16         false."
17      I want -- I want to understand what facts
18 you have about what Mizuho knew.
19    A.   Mizuho took action in 20- -- mid-2013 to
20 stop processing withdrawal requests from Mt. Gox
21 users.  And so that's what created -- that was one
22 of the -- probably the largest reasons that created
23 a backlog of withdrawal requests that needed to be
24 processed.
25      But Mizuho was not going to correct

Page 98
1  have signed up for Mt. Gox?
2      A.   Yes, it does.
3      Q.   And what's the date when -- when you
4  signed up for Mt. Gox?
5      A.   It says December 7, 2013.
6      Q.   Okay.  And if you look -- you're going to
7  have to go to the page just ahead to see your next
8  communication with Mt. Gox, because at the bottom of
9  Lack 000047, it says:  "Joseph Lack, Jan 11" at
10 2:56.
11     A.   Right.  Right.
12     Q.   No, down at the bottom.  I'm sorry.  Very
13 bottom.
14     A.   Oh, yes.  Okay.
15     Q.   And then -- and then going back to 48 --
16 it's a simple question -- just, what -- you
17 communicated with Mt. Gox -- it appears that you
18 communicated with Mt. Gox on January 11th.
19          What -- what did you tell Mt. Gox?
20     A.   On --
21          MS. RAPP:  Object just to the extent the
22 document speaks for itself.
23          But you can answer.
24          THE WITNESS:  It -- yeah, it appears
25 that -- it appears that I first opened up an account

Page 99
1  with -- December 7th wherein they requested that I
2  provide various personally identifiable information.
3          And as of January 11th, my account had
4  still not yet been approved.  So I sent that e-mail
5  on January 11th, 2014, to inquire on the status.
6  BY MR. RESETARITS:
7      Q.   Do you recall sending that e-mail?
8      A.   Yes.
9      Q.   Do -- do you recall there being what
10 appears to be a month or more lag time between when
11 you signed up and when you were approved by Mt. Gox?
12     A.   I do now.  I -- I had forgot it took that
13 long.  But I do now.
14     Q.   Did Mt. Gox respond to your January 11th
15 communication?
16     A.   I'd have to go through all 20 pages.  It's
17 not really in order here unless you know of...
18     Q.   I -- you might want to look just above
19 your --
20     A.   Oh.
21     Q.   It goes in reverse order, so...
22     A.   Okay.  So January 27 --
23     Q.   Sorry.  On -- on --
24     A.   21st.
25     Q.   Yes.

Page 100
1      A.   Sorry.  Right, they replied on
2  January 21st -- 10 days later -- verifying that the
3  account was approved.
4      Q.   So do you recall that you signed up for
5  Mt. Gox on December 7th, 2013, and then it took
6  until January 21st, 2014, before you were approved
7  at Mt. Gox; is that -- is that chronology correct?
8      A.   I -- yes.
9      Q.   And do you know why it took so long to get
10 approved?
11     A.   Just based on what the reasons they told
12 me.  They said it was delayed because -- it is
13 delayed as it is done in an orderly basis.
14     Q.   Do you know what that means?
15     A.   It just suggested that they were -- there
16 was a backlog of -- of new accounts trying to be
17 opened, and there was -- they only had so many
18 people to approve the accounts.  And they came in as
19 the order was -- in the order received.
20     Q.   Do you recall having a reaction to the
21 delay from December 7th to January 21st to get
22 approved, to have your account at Mt. Gox get
23 approved?
24     A.   I -- I should have been more annoyed.  But
25 I accepted their reasons.  And I just decided

Page 101
1  instead of making a big deal about it to take their
2  word for it and -- and be patient.
3      Q.   After your account was approved on
4  January 21st, 2014, what did you do next in
5  connection with your Mt. Gox account?
6      A.   Well, I then preceded to make a deposit.
7  It may not have been on that day, but I would have
8  to go through here and just make sure.
9      Q.   Well, let me show you another document
10 that might help with that.
11     A.   Okay.
12          MR. RESETARITS:  I'd like to mark Lack
13 Exhibit 3 which is a -- which is a one-page document
14 Bates numbered Lack 000018.  And it says:
15 "Wells Fargo," on the top.
16          (Lack Exhibit 3 was marked for
17           identification and attached to the
18           transcript.)
19          (Discussion off the record.)
20 BY MR. RESETARITS:
21     Q.   Mr. Lack, do you recognize this document?
22     A.   Yes, I do.
23     Q.   What is it?
24     A.   This is a wire transfer request from
25 Wells Fargo Bank to my Mt. Gox account via

Page 102
1  Mizuho Bank.
2      Q.  Is this -- is this your document?  Is it a
3  document that you received from Wells Fargo?
4      A.  Yes.
5      Q.  Why did you receive this document from
6  Wells Fargo?
7          MS. RAPP:  Object to form.
8          You can answer.
9          THE WITNESS:  This was the document I
10 filled out when I entered the Wells Fargo bank to
11 make a wire transfer request.  So it was made in
12 person.
13 BY MR. RESETARITS:
14     Q.  And did -- and Wells Fargo provided you a
15 copy?
16     A.  They provided me a blank form which then I
17 handwrote my information in here.  They then typed
18 it up for me to review.  So these were my
19 corrections I had made myself to make sure.  And so
20 they initially had the debit account number wrong.
21 I corrected that.  And then as far as the
22 beneficiary name went I just -- same letters.  I
23 just capitalized them.
24     Q.  Right.  So this document is a -- is a
25 document that Wells Fargo generated in connection

Page 103
1  with your wire transfer to Mt. Gox; is that correct?
2      A.  Correct.
3      Q.  And they provided you with a copy, which
4  you hand marked up any corrections; is that right?
5      A.  Correct.
6      Q.  Okay.  Does this document indicate the
7  date that you sent a wire transfer to Mt. Gox?
8          MS. RAPP:  Objection to the extent the
9  document speaks for itself.
10         But you can answer.
11         THE WITNESS:  I -- yes, I would -- I would
12 assume so.  I believe there was another document
13 without the marked up -- and so it may have been
14 off -- it may have been done the same day.  I just
15 don't know.  I know there's another Wells Fargo
16 document that looks almost identical to this.
17         So the only thing that would -- that may
18 be different would be the time.  The date may have
19 been the same, though.
20         MR. RESETARITS:  I think I know which
21 document you're talking about so why don't we just
22 mark it and you can look at both at the same time.
23         Can I mark Motto -- sorry about that.
24 Lack Exhibit 4, which is a four-page document Bates
25 numbered Lack 000013 to 16.  It has "Wells Fargo" on

Page 104
1  the top, and it says:  "Wire Transfer Services."
2          (Lack Exhibit 4 was marked for
3           identification and attached to the
4           transcript.)
5          (Discussion off the record.)
6  BY MR. RESETARITS:
7      Q.  Is this the document that you were
8  referencing earlier when you said that there was
9  another document that Wells Fargo provided in
10 connection with your -- the wire transfer that you
11 sent to Mt. Gox?
12     A.  This is the actual wire transfer request.
13     Q.  When you say "this," which exhibit number
14 are you talking about?
15     A.  Exhibit 4.
16         So Exhibit 3 is titled a little
17 differently.  It's titled:  "Combined Disclosure for
18 Outgoing Consumer International Wires."
19         I'm not sure what the difference between
20 the two documents are.  But I will assume that it's
21 Exhibit 4 that was the final document in connection
22 with the wire transfer request.
23     Q.  Okay.  Does Exhibit 4 -- do you know when
24 you sent the wire transfer to Mt. Gox?
25     A.  I believe it was January 22nd, 2014.

Page 105
1      Q.  And in both Exhibit 3 and Exhibit 4, the
2  form mentions an originator.  What's an originator?
3      A.  That would be me, the sender.
4      Q.  Okay.  So in the wire transfer forms that
5  you completed and received from Wells Fargo you are
6  designated as the originator, correct?
7      A.  Correct.
8      Q.  And who in the -- the Exhibit 4 also
9  mentions a beneficiary.  Who's the beneficiary?
10         Or let's start with first, what is a
11 beneficiary?
12         MS. RAPP:  Object to the extent that it
13 calls for a legal conclusion.
14         You can answer to the extent you know.
15         Also, object, as the document speaks for
16 itself.
17         But you can answer.
18         THE WITNESS:  Well, in this case, the
19 beneficiary is Mt. Gox.  When someone wire transfers
20 money over to another account, it needs to flow
21 through a bank that then -- that then transfers that
22 into the specific account which would be the
23 recipient/beneficiary.
24 BY MR. RESETARITS:
25     Q.  So correct me if I'm wrong, but is the

Page 142

1  your account with Mt. Gox on December 7th, 2013, one
2  of the steps you had to go through was to accept
3  Mt. Gox's terms of use; is that correct?
4      A.  Yes.
5      Q.  And did you accept Mt. Gox's terms of use
6  when you opened your account on December 7th, 2013?
7      A.  Yes.
8      Q.  Is there a specific provision in the terms
9  of use that you believe Mizuho interfered with?
10         MS. RAPP:  Objection.  Calls for a legal
11 conclusion.
12         You can answer.
13         THE WITNESS:  I do not have any personal
14 knowledge.  From what I understand, it was -- well,
15 I don't have any personal knowledge.
16 BY MR. RESETARITS:
17     Q.  Okay.  Do you know who does have knowledge
18 about which, if any, provision in the terms of use
19 Mizuho tortiously interfered with?
20     A.  I would defer to my attorneys on that.
21 They would be in a position to -- they would know
22 that -- that information.
23         (Discussion off the record.)
24         THE REPORTER:  Off the record?
25         MR. RESETARITS:  Yeah.  Off the record.

Page 143

1          THE VIDEOGRAPHER:  Off the record.
2          (Recess taken at 1:54 p.m.)
3          THE VIDEOGRAPHER:  On the record --
4  1:59 p.m. -- after a technical failure.
5  BY MR. RESETARITS:
6      Q.  Mr. Lack, before we took a break we were
7  talking about the -- the tortious interference with
8  contract claim against the defendant Mizuho Bank.
9          What is it that Mizuho did to interfere
10 with your -- your contract with Mt. Gox?
11         MS. RAPP:  Objection.  Calls for a legal
12 conclusion.
13         THE WITNESS:  I do not know.
14 BY MR. RESETARITS:
15     Q.  How much money did you lose in connection
16 with Mt. Gox?
17     A.  My -- my deposit of $40,000.
18     Q.  Anything else?  Any other money?
19     A.  I don't think so.
20     Q.  What -- what -- what role did -- did
21 Mt. Gox play in the loss of your $40,000?
22         MS. RAPP:  Objection.  Calls for
23 speculation.
24         But you can answer.
25         THE WITNESS:  Well, I was unable to see

Page 144

1  any of my money.  I was unable to obtain any of my
2  money back from Mt. Gox.
3  BY MR. RESETARITS:
4      Q.  What -- what role did Mark Karpeles play
5  in the loss of your $40,000?
6          MS. RAPP:  Same objection.
7          THE WITNESS:  I -- I only know what was
8  alleged in the complaint, and that's through my
9  investigations, talked to my attorneys.
10 BY MR. RESETARITS:
11     Q.  And what -- what's alleged in the
12 complaint about Mark Karpeles and the problems at
13 the Mt. Gox Exchange?
14     A.  To summarize he was either grossly
15 negligent to just completely corrupt and stealing
16 Bitcoins and using them either for his own purpose
17 or transferring to another exchange.
18     Q.  If Mark Karpeles was negligent in running
19 the exchange and his negligence caused it to
20 collapse, would that be the cause of the loss of
21 your $40,000?
22         MS. RAPP:  Object to form.  Calls for a
23 legal conclusion.
24         THE WITNESS:  I don't know.
25 ///

Page 145

1  BY MR. RESETARITS:
2      Q.  If Mt. Gox -- I'm sorry, if Mark Karpeles
3  was running a fraudulent operation and it's because
4  of his fraud Mt. Gox collapsed, would that be the
5  cause of your -- the loss of your $40,000?
6          MS. RAPP:  Same objection.  Also, vague as
7  to what "fraudulent" means.
8          THE WITNESS:  I don't know.
9  BY MR. RESETARITS:
10     Q.  If -- if Mt. Gox had not gone bankrupt,
11 would you have lost any money?
12         MS. RAPP:  Objection.  Calls for
13 speculation.
14         THE WITNESS:  I don't know.
15 BY MR. RESETARITS:
16     Q.  If Mt. Gox had not gone dark, would you
17 have lost any money?
18         MS. RAPP:  Same objection.
19         THE WITNESS:  I don't know.
20 BY MR. RESETARITS:
21     Q.  Did you submit a claim to the Japanese
22 bankruptcy court?
23     A.  I tried to.
24     Q.  And how did you try to?
25     A.  I spoke to the -- they call it the

Page 146
1   customer relations department that was created in
2   the aftermath of the bankruptcy filing to field
3   complaints from any and all Mt. Gox users.
4       Q.   And -- and what did the person on -- on
5   this consumer line tell you?
6       A.   I had two separate conversations.
7           And I explained to them my unique
8   situation, how I was different than most other
9   individuals, my unique situation being that I had
10  yet to see any funds credited to my account.  If I
11  recall correctly, the protocol that was set up
12  required you to submit a screenshot of your balance
13  in your account to then be processed by the
14  bankruptcy trustee.
15          And since my account still reflected $0 I
16  was unable to submit anything to the bankruptcy
17  trustee.  I tried to explain this on the phone and
18  it was either in the first or the second or both
19  conversations where the people on the other line,
20  the person on the other line said that they would
21  take my verbal complaint and submit that to the
22  Court.
23          I didn't really -- I -- I didn't know who
24  to trust at this point.  They didn't give me any
25  confirmation number.  They said they were going to

Page 147
1   submit it to the bankruptcy trustee, and they would
2   get back to me.  And I just never heard back from
3   them.
4       Q.   Did you follow up with the consumer line
5   that you called?
6       A.   I called a second time to repeat my story
7   and -- and they said they were going to, again,
8   submit that.  I think the first time I was so
9   frustrated, and then the second time I called they
10  explained -- because I get the first time I called
11  they were still a part of the Mt. Gox -- they were
12  the original employees.
13          So they weren't telling me anything useful
14  over the phone.  And I thought they were still that
15  same group, but they weren't.  So -- so someone
16  explained that to me over the phone.
17          So once I realized that they were just a
18  new sort of group of people to handle complaints
19  then I called back the second time and explained my
20  situation.
21          They said they were going to convey
22  that -- submit that to the bankruptcy trustee.
23      Q.   After the second call, did you follow up
24  to see whether they actually submitted it to the
25  bankruptcy trustee?

Page 148
1       A.   Again, no, I -- I did not.  They said
2   going to.  I -- after this point I had already
3   spoken to my attorney.  And I don't believe I -- I
4   followed up again with them.  I just was frustrated
5   with the whole process.
6       Q.   Did you -- did you run any searches online
7   to learn more about the -- the process for
8   submitting claims to the bankruptcy trustee?
9       A.   I think the only source of information I
10  referred to was the Mt. Gox website.  So they came
11  out with one or two updates.  And I think I probably
12  stopped looking after April or something like that.
13          But that was the only source of
14  information was via the website.  And that's where
15  if you did have money credited in your account you
16  could log in and it would show what your balance was
17  before the site went dark.
18          But since I had -- if I understand
19  correctly, the protocol was you had to print out the
20  screenshot showing your balance to submit that.
21          But in my situation if the balance showed
22  zero, I -- you know, I didn't have any other box or
23  any other place to explain my situation.
24      Q.   When did you -- when did you make these
25  two calls to the consumer hotline?

Page 149
1       A.   March or April.  Maybe March.
2       Q.   Of 2014?
3       A.   It would have been -- right, early 2014.
4       Q.   So both calls were, let's say, before --
5   in April of 2014 or before?
6       A.   Right.  And they were within a few days of
7   each other.
8       Q.   Have you followed at all the press
9   releases that the bankruptcy trustee has issued
10  about the bank -- the claims process?
11      A.   No.  After I retained my attorneys I don't
12  believe I really followed up with that process
13  anymore.  I was never contacted.  And so I wasn't
14  really -- I never stayed on top of what was going on
15  in the bankruptcy court there, other than talking to
16  my attorneys if they had any useful information.
17          And that's it.
18      Q.   Are you aware that there was a deadline
19  for submitting bankruptcy claims?
20      A.   At the time, I -- I don't remember.  If --
21  no, at the time I don't remember any deadline being
22  set.  I -- I tried to do everything I could to -- to
23  explain my situation.  I thought it was enough being
24  told over the phone from that special group that was
25  created that they were going to submit my

Page 162

1  BY MR. RESETARITS:
2      Q.  If Mt. Gox -- sorry, if Mizuho had
3  announced in June of 2014 that it was no longer
4  processing wire withdrawals, why would that have had
5  an impact on your decision to wire money to Mt. Gox
6  in January of 2014?
7          MS. RAPP:  Object to form.
8          THE WITNESS:  Well, it would -- it would
9  tell me if I ever had to -- it would tell me that I
10 would probably not be able to withdraw money through
11 Mizuho.  And it would also raise my -- raise some
12 concerns about what was going on at Mt. Gox because
13 just everything that I was hearing from Mt. Gox was
14 that everything is back on track and -- and -- and
15 no need for concern.
16 BY MR. RESETARITS:
17     Q.  Although what -- what's different about
18 the announcements that Mt. Gox made where they
19 talked about having to manually process withdrawals,
20 we talked about a backlog, they talked about four
21 weeks, a month -- a month or more to process
22 withdrawal requests, what's different about that
23 information and an announcement from Mizuho, if
24 Mizuho had made one, that it had stopped withdrawal
25 requests?

Page 163

1          MS. RAPP:  Object to form.
2          THE WITNESS:  Well, Mt. Gox was not being
3  truthful as to the reasons why there was a backlog.
4  You know, had they -- had they been more forthright
5  in explaining that Mizuho, their largest processor
6  of -- of wire transfers, stopped doing business with
7  Mt. Gox, for -- for whatever reason it was, I mean,
8  that would certainly put me -- give me -- you know,
9  it would -- it would -- I would not want to deal
10 with it if -- if I thought that there was -- if that
11 was the reason for the backlog.
12 BY MR. RESETARITS:
13     Q.  The -- the -- Mt. Gox's announcement,
14 again, that it was manually processing wire
15 withdrawals, that there was a backlog in processing
16 wire withdrawals, and that it would take four weeks
17 or more to process wire withdrawals, does that not
18 raise red flags for you?
19         MS. RAPP:  Object to form.
20         THE WITNESS:  Well, they were leaving out
21 the reasons why.  I mean, they were explaining that
22 they were just -- and they had a lot of business
23 coming in and a lot of people coming in with new
24 accounts and -- and it took time to process all the
25 deposits and withdrawals.

Page 164

1  But I was never made aware of the real
2  reason why.
3  BY MR. RESETARITS:
4      Q.  But where do you see in Exhibits 8 and 9
5  where they provide the reasons why?
6      A.  There -- there -- there aren't any
7  reasons.  I mean, the reasons are that Mizuho
8  stopped doing business with Mt. Gox, basically.  And
9  I -- I don't see that in these two documents.
10     Q.  So just to be clear, you were comfortable
11 in January 22nd, 2014, sending your money to Mt. Gox
12 after Mt. Gox had -- had announced to its customers
13 that it was manually processing withdrawal requests,
14 that it had a backlog in processing withdrawal
15 requests and that it was taking four weeks or more
16 to process withdrawal requests; is that right?
17         MS. RAPP:  Object to form.  It assumes
18 that these representations were available, that he
19 was aware of the representations.
20         THE WITNESS:  I was still comfortable.
21 And because the exchange was still operating, I -- I
22 was not aware of other people having extreme
23 difficulty or impossibility way back in 2013 from --
24 from getting their money out.
25         And so, obviously, had I known that

Page 165

1  information it would have also changed my decision
2  to deposit money into that account.
3          But even going back to Exhibit 8, dated
4  July 4th, 2013, it seemed like, you know, at that
5  time they were able to overcome those withdrawal
6  issues at that time, and they're -- they're
7  marketing that they were able to process over a
8  million dollars to customers in the two weeks prior
9  to July 4th.
10         Sounds like, going through this,
11 everything's back on track and they're back -- back
12 to -- back to doing business as unusual.
13 BY MR. RESETARITS:
14     Q.  Although in Exhibit 8 they talk about a
15 two-week backlog, correct?
16         MS. RAPP:  The document speaks for itself.
17         THE WITNESS:  They -- they mention that in
18 the document, saying -- and the reason is -- their
19 reason is that the -- their new system is just
20 getting underway and they have some catching up to
21 do.
22 BY MR. RESETARITS:
23     Q.  Okay.  And then in Exhibit 9 it talks
24 about a four week or more backlog, correct?
25         MS. RAPP:  Same objection.