John F. Cove, Jr. (SBN 212213)
Emily V. Griffen (SBN 209162)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: +1.415.616.1100
Facsimile: +1.415.616.1199
Email: john.cove@shearman.com
Email: emily.griffen@shearman.com

Jerome S. Fortinsky (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: +1.212.848.4000
Facsimile: +1.212.848.7179
Email: jfortinsky@shearman.com

*Counsel for Defendant Mizuho Bank, Ltd.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| JOSEPH LACK, | Case No. 2:18-CV-00617-RGK-GJS |
| Plaintiff, | DECLARATION OF JOHN F. COVE, JR. |
| v. | Date: April 15, 2019 |
| MIZUHO BANK, LTD. and MARK KARPELES, | Time: 9:00 a.m.<br>Courtroom: Courtroom 850 |
| Defendants. | Judge: Hon. R. Gary Klausner |

DECLARATION OF
JOHN F. COVE, JR.

CASE NO. 2:18-CV-00617-RGK-GJS

1  I, JOHN F. COVE, JR., declare as follows:

2  I am a member of the firm of Shearman & Sterling LLP, which represents defendant Mizuho Bank, Ltd. ("Mizuho") in this action. I am admitted to practice before this Court and I submit this declaration in opposition to Plaintiff's Motion for Class Certification ("Plaintiff's Motion").

1. Attached hereto as Exhibit 1 is a true and correct copy of an announcement from Mt. Gox's website entitled "Statement Regarding Temporary Hiatus on U.S. Dollar Withdrawals," dated June 20, 2013, which was printed from http://web.archive.org/web/20130811014059/https://www.mtgox.com/press_release_20130620.html. A copy of this document was also submitted as Exhibit 15 (Docket Entry ("DE") 86-16) to the Declaration of J. Aaron Lawson in Support of Motion for Class Certification (the "Lawson Declaration") (DE 86-1).

2. Attached hereto as Exhibit 2 is a true and correct copy of an announcement from Mt. Gox's website entitled "Statement on Resumption of Withdrawals and Improved Banking," dated July 4, 2013, http://web.archive.org/web/20130810181218/https://www.mtgox.com/press_release_20130704.html. A copy of this document was also submitted as Exhibit 16 to the Lawson Declaration (DE 86-17).

3. Attached hereto as Exhibit 3 is a true and correct copy of a document marked as Exhibit 9 at the August 2, 2017 deposition of plaintiff Joseph Lack in the related case of *Greene v. Mizuho Bank, Ltd.*, 14-cv-1437 (N.D. Ill.) (the "Illinois Action"). Relevant material in this document has been highlighted by counsel for the Court's convenience.

4. Attached hereto as Exhibit 4 is a true and correct copy of a document produced in discovery in the Illinois Action by Mr. Lack bearing Bates numbers Lack 000029 through Lack 000031. Relevant material in this document has been highlighted by counsel for the Court's convenience.

5. Attached hereto as Exhibit 5 is a true and correct copy of a seizure

1 warrant issued on May 14, 2013 in the proceeding entitled In the Matter of the
2 Seizure of the contents of one Dwolla account, Case No. 13-1162 (SKG), in the U.S.
3 District Court for the District of Maryland. Relevant material in this document has
4 been highlighted by counsel for the Court's convenience.

5     6. Attached hereto as Exhibit 6 is a true and correct copy of a page from
6 Mt. Gox's support website entitled "Withdrawal and Deposit Information," dated
7 September 29, 2011, which was printed from
8 https://webarchive.org/web/20130501221733/https://support.mtgox.com/entries/204
9 90576-Withdrawals-and-Deposits. Relevant material in this document has been
10 highlighted by counsel for the Court's convenience.

11     7. Attached hereto as Exhibit 7 is a true and correct copy of the expert
12 report of Mark T. Williams, dated March 25, 2019.

13     8. Attached hereto as Exhibit 8 are true and correct copies of excerpts
14 from the transcript of the deposition in the Illinois Action of Mizuho Bank, Ltd., by
15 Yasuo Imaizumi, on August 9, 2017.

16     9. Attached hereto as Exhibit 9 is a true and correct copy of Mizuho Bank
17 Ltd.'s Second Supplemental Response to Plaintiffs' First Set of Interrogatories,
18 dated November 11, 2016 (with certain material not relevant to the motion under
19 consideration redacted due to privacy concerns). Relevant material in this document
20 has been highlighted by counsel for the Court's convenience.

21     10. Attached hereto as Exhibit 10 is a true and correct copy of a news
22 article posted on techcrunch.com of August 23, 2013, by Romain Dillet, entitled
23 "Feds Seize another $2.1 million from Mt. Gox, adding up to $5 Million."

24     11. Attached hereto as Exhibit 11 is a true and correct copy of a news
25 article posted on Coindesk on May 15, 2013, by Shirley Siluk, entitled "Why are the
26 Feds Seizing Mt. Gox and Dwolla Funds?"

27     12. Attached hereto as Exhibit 12 is a certified translation of an internal
28 Mizuho business record dated June 7, 2013, which was produced in discovery in the

DECLARATION OF     2     CASE NO. 2:18-CV-00617-RGK-GJS
JOHN F. COVE, JR.

1  Illinois Action by Mizuho bearing Bates numbers MIZ_0003441 through
2  MIZ_0003442.  Relevant material in this document has been highlighted by counsel
3  for the Court's convenience.
4      13.    Attached hereto as Exhibit 13 is a certified translation of an internal
5  Mizuho business record dated June 21, 2013, which was produced in discovery in
6  the Illinois Action by Mizuho bearing Bates numbers MIZ_0003764 through
7  MIZ_0003766.  Relevant material in this document has been highlighted by counsel
8  for the Court's convenience.
9      14.    Attached hereto as Exhibit 14 is a certified translation of an internal
10 Mizuho business record dated June 28, 2013, which was produced in discovery in
11 the Illinois Action by Mizuho bearing Bates numbers MIZ_0003468 through
12 MIZ_0003468.  Relevant material in this document has been highlighted by counsel
13 for the Court's convenience.
14     15.    Attached hereto as Exhibit 15 is a certified translation of an internal
15 Mizuho business record dated July 29, 2013, which was produced in discovery in
16 the Illinois Action by Mizuho bearing Bates numbers MIZ_0003474 through
17 MIZ_0003475.  Relevant material in this document has been highlighted by counsel
18 for the Court's convenience.
19     16.    Attached hereto as Exhibit 16 is a certified translation of an internal
20 Mizuho business record dated August 19, 2013, which was produced in discovery in
21 the Illinois Action by Mizuho bearing Bates numbers MIZ_0003480 through
22 MIZ_0003484.  Relevant material in this document has been highlighted by counsel
23 for the Court's convenience.
24     17.    Attached hereto as Exhibit 17 is a certified translation of an internal
25 Mizuho business record dated September 30, 2013, which was produced in
26 discovery in the Illinois Action by Mizuho bearing Bates numbers MIZ_0003376.
27 Relevant material in this document has been highlighted by counsel for the Court's
28 convenience.

DECLARATION OF JOHN F. COVE, JR.    3    CASE NO. 2:18-CV-00617-RGK-GJS

1  18. Attached hereto as Exhibit 18 is a certified translation of an internal Mizuho business record dated October 31, 2013, which was produced in discovery in the Illinois Action by Mizuho bearing Bates numbers MIZ_0003165. Relevant material in this document has been highlighted by counsel for the Court's convenience.

19. Attached hereto as Exhibit 19 is a certified translation of an internal Mizuho business record dated November 20, 2013, which was produced in discovery in the Illinois Action by Mizuho bearing Bates numbers MIZ_0003343. Relevant material in this document has been highlighted by counsel for the Court's convenience.

20. Attached hereto as Exhibit 20 is true and correct copy of a printout of an internal Mizuho business record, which was produced in discovery by Mizuho in native format bearing Bates numbers MIZ_0002568. English translations of the Japanese language column headings have been added to this printout for the Court's convenience.

21. Attached hereto as Exhibit 21 is a true and correct copy of a printout of a spreadsheet, which was produced in discovery in the Illinois Action by third-party, Deutsche Bank Trust Company America, in native format bearing Bates number DB_000001, accompanied by the Affidavit of Paula Cipolla, dated January 16, 2018.

22. Attached hereto as Exhibit 22 is a true and correct copy of Mizuho Bank Ltd.'s Responses and Objections to Plaintiff Anthony Motto's First Set of Interrogatories, dated June 13, 2017 (with certain material not relevant to the motion under consideration redacted due to privacy concerns). Relevant material in this document has been highlighted by counsel for the Court's convenience.

23. Attached hereto as Exhibit 23 is a certified translation of an internal Mizuho business record dated July 17, 2013, which was produced in discovery in the Illinois Action by Mizuho bearing Bates number MIZ_0003472. Relevant

DECLARATION OF JOHN F. COVE, JR.    4    CASE NO. 2:18-CV-00617-RGK-GJS

1  material in this document has been highlighted by counsel for the Court's
2  convenience.

3      24.    Attached hereto as Exhibit 24 are true and correct copies of excerpts
4  from the transcript of the deposition in the Illinois Action of Gregory Pearce on
5  August 16, 2017.

6      25.    Attached hereto as Exhibit 25 is a true and correct copy of the expert
7  report of Bruce Strombom, Ph.D., dated March 25, 2019.

8      26.    Attached hereto as Exhibit 26 is a true and correct copy of a Report to
9  the Tokyo District Court, Collegiate Section of 20th Civil Division in Japanese and
10 English, dated September 27, 2017.  Relevant material in this document has been
11 highlighted by counsel for the Court's convenience.

12     27.    Attached hereto as Exhibit 27 is a true and correct copy of a document
13 produced in discovery in the Illinois Action by Gregory Pearce bearing Bates
14 numbers Pearce001455 through Pearce001459.  Relevant material in this document
15 has been highlighted by counsel for the Court's convenience.

16     28.    Attached hereto as Exhibit 28 is a true and correct copy of an
17 announcement on Mt. Gox's website entitled "Statement Regarding BTC
18 Withdrawal Delays," dated January 31, 2014, which was printed from
19 https://web.archive.org/web/20140221015148/https:/support.mtgox.com/entries/265
20 01000-Statement-Regarding-BTC-Withdrawal-Delays.

21     29.    Attached hereto as Exhibit 29 is a true and correct copy of an
22 announcement on Mt. Gox's website entitled "Update – Statement Regarding BTC
23 Withdrawal Delays," dated February 4, 2014, which was printed from
24 https://web.archive.org/web/20140221015147/https:/support.mtgox.com/entries/261
25 28504-Update-Statement-Regarding-BTC-Withdrawal-Delays.

26     30.    Attached hereto as Exhibit 30 is a true and correct copy of an
27 announcement from Mt. Gox's website entitled "Statement Regarding BTC
28 Withdrawal Delays," dated February 7, 2014, which was printed from

DECLARATION OF JOHN F. COVE, JR.     5    CASE NO. 2:18-CV-00617-RGK-GJS

https://web.archive.org/web/20140210023230/https://www.mtgox.com/press_releases20140207.html.

31. Attached hereto as Exhibit 31 are true and correct copies of excerpts from the transcripts of the depositions in the Illinois Action and in this case of Mr. Lack on August 2, 2017 and March 13, 2019.

32. Attached hereto as Exhibit 32 is a true and correct copy of a document produced in discovery by Mr. Lack bearing Bates numbers J.Lack_000005 through J.Lack_000020.

33. Attached hereto as Exhibit 33 is a true and correct copy of a document produced in discovery by Mr. Lack bearing Bates number J.Lack_000022 through J.Lack_000025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of March, 2019 in San Francisco, California.

          __/s/ John F. Cove, Jr.___
             John F. Cove, Jr.