John F. Cove, Jr. (SBN 212213)
Emily V. Griffen (SBN 209162)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: +1.415.616.1100
Facsimile: +1.415.616.1199
Email: john.cove@shearman.com
Email: emily.griffen@shearman.com

Jerome S. Fortinsky (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: +1.212.848.4000
Facsimile: +1.212.848.7179
Email: jfortinsky@shearman.com

*Counsel for Defendant Mizuho Bank, Ltd.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| JOSEPH LACK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>　　　　　Defendants. | Case No. 2:18-CV-00617-RGK-GJS<br><br>EXHIBIT 14<br>REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL<br><br>Date:　　　April 15, 2019<br>Time:　　　9:00 a.m.<br>Courtroom:　Courtroom 850<br>Judge:　　　Hon. R. Gary Klausner |



# Certificate of Accuracy

STATE OF NEW YORK)
                      SS:
COUNTY OF KINGS)

This is to certify that the attached documents:

- Mizuho business record, dated June 7, 2013
- Mizuho business record, dated June 21, 2013
- Mizuho business record, dated June 28, 2013
- Mizuho business record, dated July 29, 2013
- Mizuho business record, dated August 19, 2013
- Mizuho business record, dated September 30, 2013
- Mizuho business record, dated October 31, 2013
- Mizuho business record, dated November 20, 2013
- Mizuho business record, dated July 17, 2013
- Mizuho business record, dated August 30, 2013

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Japanese language into the English language.

_____
Hafida Santoudji

Sworn to and subscribed before me
this 1st day of February 2018

_____
Notary Public

FAPINES RAMOS
NOTARY PUBLIC, State of New York
No. 01RA6905869
Qualified in Bronx County
Commission Expires March 31, 2018

ERIKSEN TRANSLATIONS INC. / 50 COURT STREET, SUITE 700, BROOKLYN, NY 11201 / TEL 718-802-9010 / WWW.ERIKSEN.COM

| Client name | Ranking | | | | | Information Classification Selection | HQ Recipients: |
|---|---|---|---|---|---|---|---|
| MTGOX, Inc. | - | | | Transaction History Record Sheet | | MB | Compliance Management Division, Operational Service Promotion Division |
| Branch Mgr [seal:] | Asst. Branch Mgr [seal:] | (illegible) [seal: (illegible)] | Section Mgr [seal: (illegible)] | Person in Charge [seal: (illegible)] | | MA information is to be stored according to the rules. | Branch number 2101 — Branch name Shibuya 1st Division |

| Date | 2013/06/28 | Time | 11:30 – 12:30 | Branch Mgr | Asst. Branch Mgr. | Section Mgr | Person in Charge |
|---|---|---|---|---|---|---|---|
| Location | 5F Meeting Room B in our branch | Method | visit | [seal:] | [seal:] | [seal:] | [seal:] |
| Names of other party | Refer to the below | Names of our party | Refer to the below | Already sent ← Apply "o" when sending a copy to HQ | | | |
| Details | HQ meeting | | | Ad hoc review: Required / Not required ○ | Insider information: No ○ / Trivial | Complaint: Applicable / Not applicable ○ | Applicable |

| Interview overview (o seal) | Credit limit issue / products | | | | | | | | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case acceptance | Internal review | Proposal to customer | Product selection | Negotiation of | Explanation of conditions | Explanation of Important Items | Customer Refusal | Customer withdrawal | Collection of Information ○ | Understand Actual situation | Understand needs | Sales | Other |

Other party: CEO Mark Karpeles, Secretary Udaki, Mr. Gonzag Gei Bushri (all from MTGOX, Inc.)
Attorney ▬▬▬ (Baker & McKenzie)
Our party: Director ▬▬▬ Compliance Management Division, Financial Crimes Section), Assistant Director ▬▬▬ (Operational Service Promotion Division, 2nd Operational Management Team)
Branch Manager Akiyama, ▬▬▬ (all from the Shibuya branch)

1. This is a report on the results of the interview with HQ at our company visit to the branch
2. Overview of interview details
   (1) Concerning ▬▬▬
      Other party: ▬▬▬

      Our party: ▬▬▬

   (2) Transactions with our bank
      Other party: ▬▬▬

      Our party: ▬▬▬

      Other party: ▬▬▬

      Our party: ▬▬▬

(continues on the following page)

-When making a record concerning such matters as transaction history concerning overseas Japanese [companies], please issue an "Overseas Japanese Checksheet".
-For interview records concerning securities cooperation, fill in a "Securities Cooperation Record" (in principle, this format cannot be used).
-For interview records to which complaints apply, follow the procedures to prepare a "Complaint Response Record Sheet".
-For parties where there is concern of bankruptcy, when necessary, note ranking, off balance limit, the existence of any interested parties other than the primary person and representatives, and self-assessment results (timing and each classification amount) (When appropriate, use the "Transaction History Record Sheet" (3112Y081-4))

(illegible)                                                             3112Y081 "Transaction History Record Sheet" (5Y) (illegible).7

2013/09/03   15:07

Print number   CZW7Z-ONCK6-FTKWJ-8PRSN-8

CONFIDENTIAL                                                                                                    MIZ_0003467

| Client name<br>MTGOX, Inc. | Date<br>06/28/2013 (Friday) | Branch number<br>210 | Branch name<br>1st Shibuya Division |
|---|---|---|---|

*Use as the form for page 2 onwards of the Transaction History Record Sheet (Don't use this form as the first page.)

### Transaction History Record Sheet (continued*)

Attorney: ▅▅▅▅▅▅▅▅▅▅▅▅▅

Our party: ▅▅▅
Attorney: ▅▅▅▅▅▅▅▅▅▅

Our party: ▅▅▅
Attorney: ▅▅▅▅▅▅▅▅▅▅

Our party: ▅▅▅
Attorney: ▅▅▅▅▅▅▅▅▅▅

Our party: ▅▅▅
Attorney: ▅▅▅▅▅▅▅▅▅▅

3. Observations

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

(illegible)

2013/09/03   15:07

(text cut off)

CONFIDENTIAL                                                                                   MIZ_0003468