John F. Cove, Jr. (SBN 212213)
Emily V. Griffen (SBN 209162)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: +1.415.616.1100
Facsimile: +1.415.616.1199
Email: john.cove@shearman.com
Email: emily.griffen@shearman.com

Jerome S. Fortinsky (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: +1.212.848.4000
Facsimile: +1.212.848.7179
Email: jfortinsky@shearman.com

*Counsel for Defendant Mizuho Bank, Ltd.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| JOSEPH LACK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>　　　　　Defendants. | Case No. 2:18-CV-00617-RGK-GJS<br><br>EXHIBIT 20<br>DOCUMENT PROPOSED TO BE FILED UNDER SEAL<br><br>Date:　　　　April 15, 2019<br>Time:　　　　9:00 a.m.<br>Courtroom:　Courtroom 850<br>Judge:　　　Hon. R. Gary Klausner |

CASE NO. 2:18-CV-00617-RGK-GJS