John F. Cove, Jr. (SBN 212213)
Emily V. Griffen (SBN 209162)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: +1.415.616.1100
Facsimile: +1.415.616.1199
Email: john.cove@shearman.com
Email: emily.griffen@shearman.com

Jerome S. Fortinsky (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
Telephone: +1.212.848.4000
Facsimile: +1.212.848.7179
Email: jfortinsky@shearman.com

*Counsel for Defendant Mizuho Bank, Ltd.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| JOSEPH LACK, | Case No. 2:18-CV-00617-RGK-GJS |
| Plaintiff, | EXHIBIT 33 |
| v. | DATE:     APRIL 15, 2019 |
| MIZUHO BANK, LTD. and MARK KARPELES, | Time:         9:00 a.m.<br>Courtroom:  Courtroom 850<br>Judge:         Hon. R. Gary Klausner |
| Defendants. | |

CASE NO. 2:18-CV-00617-RGK-GJS



Ben Thomassen <bthomassen@edelson.com>

---

## Fwd: 債権認否結果に関するご連絡 / Notice of the Results of Approval or Disapproval (Y21990)

**Joseph Lack** <josephlack@icloud.com>  
To: Ben Thomassen Edelson PC <bthomassen@edelson.com>

Wed, Mar 20, 2019 at 2:21 PM

Begin forwarded message:

> **From:** MtGox Bankruptcy Trustee <mtgox_trustee@noandt.com>
> **Date:** March 20, 2019 at 09:50:03 PDT
> **To:** "josephlack@icloud.com" <josephlack@icloud.com>
> **Subject: 債権認否結果に関するご連絡 / Notice of the Results of Approval or Disapproval (Y21990)**
>
> (English follows Japanese)
>
> 債権者番号Y21990
> JOSEPH LACK様
>
> 再生管財人は、MTGOXのビットコイン取引所のユーザーの金銭又は仮想通貨の返還に関する再生債権について認否を行い、平成31年3月15日付けで、かかる認否結果を記載した認否書を東京地方裁判所に提出しました。
>
> その結果、貴殿/貴社の届出債権の全部又は一部が認められませんでした。
> 貴殿/貴社の届出債権の全部又は一部が認められなかった理由は、当該債権が存在しないことにあります。
>
> 貴殿/貴社の債権届出について、再生管財人が平成31年3月15日付け認否書に記載した具体的な認否の結果は、添付PDFファイルに記載しておりますので、ご確認ください。
>
> 認否については、ウェブサイト（ https://www.mtgox.com/ ）でもお知らせしていますので、ご参照ください。
>
> 異議を述べられた債権者は、債権調査期間の末日から1か月以内（平成31年3月30日から同年5月7日まで）に民事再生法が定める債権確定手続を執ることができます。
>
> 認められた債権（もしあれば）に関する今後の手続については、追ってご連絡する予定です。
>
> 再生債務者株式会社MTGOX　再生管財人弁護士小林信明
> ※このメールアドレスは管財人からの送信専用であり、貴殿/貴社が本メールアドレス宛の返信等をされても内容確認及び回答などの対応はできません。
>
> To creditor No. Y21990
> Dear JOSEPH LACK
>
> On March 15, 2019, the Rehabilitation Trustee approved or disapproved rehabilitation claims regarding MTGOX Bitcoin exchange users' rights to make claims against MTGOX for return of cash or cryptocurrency, and submitted to the Tokyo District Court a statement of approval or disapproval.
> As a result, all or a part of the amount of your filed claim(s) has been disapproved on the ground that such amount does not exist.
>
> The specific results of the Rehabilitation Trustee's decision stated in the statement of approval or disapproval dated March 15, 2019, regarding whether to approve or disapprove your filed rehabilitation claim(s) are detailed in the attached PDF file for your review.
> Details of the results of approval or disapproval may also be found at this website: https://www.mtgox.com/.
> If your claim has been disapproved, you may file an action concerning the determination of claims as set forth in the Civil Rehabilitation Act within one (1) month from the last day of the period to examine proofs of rehabilitation claims (i.e., from March 30, 2019 to May 7, 2019).
> I will contact you in due course with respect to future procedures regarding approved claims, if any.
>
> Rehabilitation Debtor: MtGox Co., Ltd.
> Rehabilitation Trustee: Nobuaki Kobayashi, Attorney-at-law
>
> NOTE: Please do not reply to this email as this is a send-only email address and please note that we are unable to check or respond to any replies/inquiries by you to this email.

📄 **Y21990.pdf**

CONFIDENTIAL J.LACK_000022

006dn7CRGK Fwd: 信権認証結果に関する連絡 - Notice of the Approval Disapproval (?1999) 456K

J.LACK_000023

再生債権認否書（再生債権届出を行った取引所関係再生債権者）
**Statement of Acceptance or Rejection of Rehabilitation Claims (For Exchange-Related Rehabilitation Creditors Who Filed Proofs of Rehabilitation Claims)**

平成31年3月15日
March 15, 2019

事件番号/Case No.　　平成29年（再）35号/2017 (Sai) No.35

再生債務者Rehabilitation Debtor　株式会社MTGOX/MtGox Co., Ltd.

再生管財人Rehabilitation Trustee　小林信明/Nobuaki Kobayashi

特段の記載のない限り民事再生法101条1項及び2項に規定する債権/Claims described in Articles 101(1) and (2) of the Civil Rehabilitation Act unless otherwise noted

| 債権者番号 Creditor No. | 債権者名 Name of Creditor | 債権の種類/Claim Type "遅延損害金" means Delay Damages | 届出債権額 Amount of Filed Claims | 届出議決権額 Amount of Filed Voting Rights | 届出債権に関し認める債権額 Amount of Claims Accepted by the Rehabilitation Trustee regarding Filed Claims | 自認債権額 Amount of Claims of Which Rehabilitation Trustee is Aware | 届出議決権に関し認める議決権額 Amount of Voting Rights Accepted by Rehabilitation Trustee Regarding Filed Voting Rights | 認めない債権額 Amount of Claims Rejected by Rehabilitation Trustee | 認めない議決権額 Amount of Voting Rights Rejected by Rehabilitation Trustee | 備考 Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| Y21990 | JOSEPH LACK | USD | 40000.00 | 4,457,200 | 0.00 | | 0 | 40000.00 | 4,457,200 | |
| | | 遅延損害金(USD) | 10362.73 | 1,154,719 | 0.00 | | 0 | 10362.73 | 1,154,719 | |
| 合計/Total | | | | 5,611,919 | | | 0 | | 5,611,919 | |

※債権は、全て、再生債務者のビットコイン取引所のユーザーが保有する、金銭の返還に関する債権又はビットコイン等の返還に関する債権です（預けていた内容は債権の種類のとおり）。
All claims concern the right to claim for return of cash or the right to claim for return of Bitcoin, ETC. held by the Bitcoin exchange-users of the Rehabilitation Debtor (the specifics of the deposited items are in accordance with the claim type).

※遅延損害金は、MTGOXのビットコイン取引所において金銭取引が停止した日（日本時間2014年2月26日）から本民事再生手続開始前日（日本時間2018年6月21日）まで年6％の割合で計算しています。
Delay damages are computed at the rate of 6% per annum for the period from the date on which the MTGOX Bitcoin exchange ceased cash transactions (i.e., February 26, 2014 Japan time) until the day before the commencement of the Civil Rehabilitation Proceedings (June 21, 2018 Japan time).

※金銭の返還に関する債権の本民事再生手続開始後の遅延損害金は、その元本が認められた場合は、認められます。但し、民事再生手続開始後の遅延損害金については、民事再生の実務では、再生計画において免除される例が多くなっております。
Delay damages that have accrued subsequent to the commencement of the Civil Rehabilitation Proceedings concerning the right to claim for return of cash are accepted if the principal is accepted. Please note, however, that it is the common practice in recent civil rehabilitation proceedings for delay damages subsequent to the commencement of civil rehabilitation proceedings to be fully released and discharged under rehabilitation plans.

※議決権額の換算レートについては、①日本円以外の金銭の返還に関する債権については本民事再生手続開始前日（日本時間2018年6月21日）の東京外国為替市場・電信為替売相場、②ビットコイン及びビットコインキャッシュの返還に関する債権については日本時間2018年6月21日23時59分のCoinDeskが発表するビットコイン及びビットコインキャッシュの米国ドル建て相場を①の相場により日本円に換算した金額によって、それぞれ日本円に換算されます（下記の換算レート一覧表をご確認ください。）。
The conversion rate of the voting rights is as follows: (i) for the right to claim for return of cash in a currency other than Japanese yen, the exchange rate publicly announced as the Tokyo Foreign Currency Market / Telegraphic Transfer Selling Rate on the day before the commencement of the Civil Rehabilitation Proceedings (June 21, 2018, Japan time); and (ii) for the right to claim for return of Bitcoin and Bitcoin Cash, the amount obtained by converting the prices of Bitcoin and Bitcoin Cash denominated in USD published by CoinDesk at 23:59 on June 21, 2018 (Japan time) into Japanese yen using the exchange rate referred to in the above (i).

J.LACK_000024

※ビットコインキャッシュ以外のビットコインから分岐した他の仮想通貨については、届出議決権額は0円として扱います。
Regarding other cryptocurrencies split from Bitcoin other than Bitcoin Cash, the amount of the filed voting rights are treated as zero (0) yen.

※管財人が届出債権に関し認めた債権額の他、管財人が自認する債権額として以下の金額が認められています（「自認債権額」参照）。なお、自認債権額は議決権額に含まれません。
①MTGOXのデータベースに記録されている債権額が届出債権額を上回る場合はその差額
②MTGOXのデータベースに記録されている特定の種類の債権が届け出られていない場合はその特定の種類の債権額
In addition to the amount of claims accepted by the Rehabilitation Trustee regarding filed claims, the Rehabilitation Trustee has accepted the amount of claims below of which the Rehabilitation Trustee is aware (please refer to the column headed "Amount of Claims of which the Rehabilitation Trustee is aware").  Please note that the amount of claims of which the Rehabilitation Trustee is aware does not constitute the amount of voting rights.
(i) The amount of claims by which the claims recorded in the MTGOX database exceed those claims filed by creditors; and
(ii) The amount of certain types of claims not filed by creditors that is recorded in the MTGOX database.

※認めない理由の要旨は、特段の記載のない限り、全て債権不存在です。
All summaries of the reason for rejection are absence of claims unless otherwise noted.

【換算レート一覧表】【Table of Conversion Rates】

| 通貨の種類 Currency | 換算レート Conversion Rate | 通貨の種類 Currency | 換算レート Conversion Rate |
|---|---|---|---|
| USD | 111.43 | SEK | 12.82 |
| EUR | 129.34 | DKK | 17.45 |
| GBP | 149.46 | SGD | 82.12 |
| AUD | 83.39 | CZK | 5.07 |
| CAD | 84.6 | INR | 1.79 |
| CHF | 111.75 | CNY | 17.35 |
| PLN | 30.8 | THB | 3.45 |
| NZD | 77.69 | KRW | 0.1 |
| HKD | 14.51 | BTC | 749318.83 |
| RUB | 1.98 | BCH | 97481.19 |
| NOK | 13.8 | | |

J.LACK_000025