John F. Cove, Jr. (SBN 212213)
Emily V. Griffen (SBN 209162)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: +1.415.616.1100
Facsimile: +1.415.616.1199
Email: john.cove@shearman.com
Email: emily.griffen@shearman.com

Jerome S. Fortinsky (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: +1.212.848.4000
Facsimile: +1.212.848.7179
Email: jfortinsky@shearman.com

*Counsel for Defendant Mizuho Bank, Ltd.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| JOSEPH LACK,<br><br>             Plaintiff,<br><br>    v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>             Defendants. | Case No. 2:18-CV-00617-RGK-GJS<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Date:          April 15, 2019<br>Time:         9:00 a.m.<br>Courtroom: Courtroom 850<br>Judge:        Hon. R. Gary Klausner |

ORDER DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION          CASE NO. 2:18-CV-00617-RGK-GJS

1   The motion of plaintiff Joseph Lack Motion for Class Certification (the
2   "Motion"), and the defendant Mizuho Bank Ltd.'s Opposition to the Motion, came
3   on regularly for hearing before this Court.
4   After considering the moving and opposition papers and all other matters
5   presented to the Court, and good cause appearing:
6   IT IS HEREBY ORDERED THAT:
7   The Motion is denied.

Dated: _____, 2019

The Honorable R. Gary Klausner
UNITED STATES DISTRICT COURT JUDGE

ORDER DENYING PLAINTIFF'S                CASE NO. 2:18-CV-00617-RGK-GJS
MOTION FOR CLASS CERTIFICATION