**DENIED**
BY ORDER OF THE COURT

1  RAFEY S. BALABANIAN (SBN – 315962)
   rbalabanian@edelson.com
2  J. AARON LAWSON (SBN – 319306)
   alawson@edelson.com
3  EDELSON PC
   123 Townsend Street, Suite 100
4  San Francisco, California 94107
   Tel: (415) 212-9300
5  Fax: (415) 373-9435

6  *Counsel for Plaintiff and the Putative Classes*

7  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
8

9  JOSEPH LACK, individually and on behalf    Case No.: 2:18-cv-00617-RGK-GJS
10 of all others similarly situated,
                                               **[PROPOSED] ORDER GRANTING**
11              *Plaintiff*,                   **PLAINTIFF'S APPLICATION TO FILE**
                                               **DOCUMENTS UNDER SEAL**
12  v.
                                               Judge: Hon. R. Gary Klausner
13  MIZUHO BANK, LTD., a Japanese
14  financial institution, and MARK
    KARPELES, an individual,
15
                *Defendants*.
16

17

18  LINK TO DOCUMENT 84

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S          CASE NO. 2:18-CV-00617-RGK-GJS
APPLICATION TO FILE DOCUMENTS UNDER SEAL

1  ~~The Court has considered the application and the documents proposed to be filed~~
2  ~~under seal pursuant to Plaintiff's Application for Leave to File Under Seal Pursuant to Local~~
3  ~~Rule 79-5.2.2(b). Based on the foregoing, for good cause shown,~~
4  ~~IT IS HEREBY ORDERED THAT the following documents are hereby filed under~~
5  ~~seal in part:~~

| | |
|---|---|
| ~~**Document 1**~~ | ~~Plaintiff's Motion for Class Certification, Page 3 Lines 16-25; Page 4, Lines 9-28; Page 5, Lines 1-9 and 12-28; Page 6, Lines 1-3, and 7-26; Page 7, Lines 1-6, 12-16, and 25-27; Page 9, Lines 9-14; Page 17, Lines 26-28; and Page 18, Lines 1-26.~~ |
| ~~**Document 2**~~ | ~~Declaration of J. Aaron Lawson in Support of Plaintiff's Motion for Class Certification, Paragraphs 24-25~~ |

16  ~~IT IS FURTHER ORDERED THAT the following documents are hereby filed under~~
17  ~~seal *in toto*: Exhibits 1, 3, 4, 6, 7, 8, 10, 11, 12, 13, 14, 17, 18, and 19 to the Declaration of J.~~
18  ~~Aaron Lawson~~.

19  THE APPLICATION IS DENIED.  NO SUPPORTING DECLARATION WAS FILED BY DEFENDANT AND NO GOOD CAUSE SHOWN.
20  IT IS SO ORDERED.

22  Dated:  March 27, 2019


The Honorable R. Gary Klausner
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

CASE No. 2:18-CV-00617-RGK-GJS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S　　　　CASE NO. 2:18-CV-00617-RGK-GJS
APPLICATION TO FILE DOCUMENTS UNDER SEAL