1  John F. Cove, Jr. (SBN 212213)
   Emily V. Griffen (SBN 209162)
2  SHEARMAN & STERLING LLP
3  535 Mission Street, 25th Floor
   San Francisco, CA 94105
4  Telephone: +1.415.616.1100
   Facsimile: +1.415.616.1199
5  Email: john.cove@shearman.com
   Email: emily.griffen@shearman.com
6
7  Jerome S. Fortinsky (*admitted pro hac vice*)
   SHEARMAN & STERLING LLP
8  599 Lexington Avenue
   New York, NY  10022-6069
9  Telephone: +1.212.848.4000
   Facsimile: +1.212.848.7179
10 Email: jfortinsky@shearman.com
11
   *Counsel for Defendant Mizuho Bank, Ltd.*
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| JOSEPH LACK,<br><br>                    Plaintiff,<br><br>           v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>                    Defendants. | Case No. 2:18-CV-00617-RGK-GJS<br><br>CERTIFICATE OF SERVICE OF DEFENDANT MIZUHO BANK LTD.'S EXHIBITS UNDER SEAL PURSUANT TO ORDER OF COURT DATED MARCH 27, 2019<br><br>Date:         April 15, 2019<br>Time:        9:00 a.m.<br>Courtroom:  Courtroom 850<br>Judge:       Hon. R. Gary Klausner |

I, Ron Cheatham, an employee of Shearman & Sterling LLP, counsel for defendant Mizuho Bank Ltd., certify that on March 28, 2019, I caused to be served on counsel of record for plaintiff Joseph Lack true and accurate copies of Exhibits 12-21 and 23 to the Declaration of John F. Cove, Jr. in support of Defendants Mizuho Bank Ltd.'s Opposition to Plaintiff's Motion for Class Certification (Docket Entry 90-1), by transmitting the foregoing documents by electronic mail to plaintiff's counsel of record registered to receive notices in this action via the Court's CM/ECF electronic filing system.

*/s/ Ron Cheatham*

CERTIFICATE OF SERVICE OF EXHIBITS UNDER SEAL                CASE NO. 2:18-CV-00617-RGK-GJS