1 | John F. Cove, Jr. (SBN 212213)
2 | Emily V. Griffen (SBN 209162)
  | SHEARMAN & STERLING LLP
3 | 535 Mission Street, 25th Floor
  | San Francisco, CA 94105
4 | Telephone: +1.415.616.1100
  | Facsimile: +1.415.616.1199
5 | Email: john.cove@shearman.com
  | Email: emily.griffen@shearman.com
6 |
7 | Jerome S. Fortinsky (*admitted pro hac vice*)
  | SHEARMAN & STERLING LLP
8 | 599 Lexington Avenue
  | New York, NY 10022-6069
9 | Telephone: +1.212.848.4000
  | Facsimile: +1.212.848.7179
10 | Email: jfortinsky@shearman.com

*Counsel for Defendant Mizuho Bank, Ltd.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| JOSEPH LACK, | Case No. 2:18-CV-00617-RGK-GJS |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT MIZUHO BANK LTD.'S APPLICATION TO SEAL CERTAIN INFORMATION IN PLAINTIFF'S EXHIBITS PURSUANT TO LOCAL RULE 79-5.2.2 |
| v. | |
| MIZUHO BANK, LTD. and MARK KARPELES, | |
| Defendants. | Date: April 15, 2019 |
| | Time: 9:00 a.m. |
| | Courtroom: Courtroom 850 |
| | Judge: Hon. R. Gary Klausner |

ORDER GRANTING MIZUHO'S          CASE NO. 2:18-CV-00617-RGK-GJS
APPLICATION TO SEAL CERTAIN INFORMATION

1  The Court has considered Defendant Mizuho Bank Ltd.'s ("Mizuho's")

2  Application to Seal Certain Information in Plaintiff's Exhibits Pursuant to Local

3  Rule 79-5.2.2 (the "Application"), the Declaration of John F. Cove, Jr. in support

4  thereof, and good cause appearing:

5  IT IS HEREBY ORDERED THAT:

6  1.  The Application is granted.

7  2.  The following Exhibits to the Declaration of J. Aaron Lawson in

8  Support of Motion for Class Certification (the "Lawson Decl.") shall be filed under

9  seal pursuant to Local Rule 79-5.2.2 in part as described below:

| Document | Redacted or Sealed in Entirety |
|---|---|
| Lawson Decl., Ex. 3 | Redacted |
| Lawson Decl., Ex. 4 | Redacted |
| Lawson Decl., Ex. 6 | Redacted |
| Lawson Decl., Ex. 7 | Redacted |
| Lawson Decl., Ex. 8 | Redacted |
| Lawson Decl., Ex. 10 | Redacted |
| Lawson Decl., Ex. 11 | Redacted |
| Lawson Decl., Ex. 12 | Redacted |
| Lawson Decl., Ex. 13 | Redacted |
| Lawson Decl., Ex. 14 | Redacted |
| Lawson Decl., Ex. 17 | Redacted |
| Lawson Decl., Ex. 18 | Redacted |

Dated: April 03, 2019

_____
The Honorable R. Gary Klausner
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MIZUHO'S          CASE NO. 2:18-CV-00617-RGK-GJS
APPLICATION TO SEAL CERTAIN INFORMATION