RAFEY S. BALABANIAN (SBN – 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN – 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

*Counsel for Plaintiff and the Putative Classes*

**NOTE CHANGES MADE BY THE COURT**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 2:18-cv-00617-RGK<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE ALTERNATIVE SERVICE ON DEFENDANT MARK KARPELES [79]**<br><br>Judge: Hon. R. Gary Klausner<br>Date:<br>Time: 9:00 a.m.<br>Place: Courtroom 850 |

**ORDER**

This matter is before the Court on Plaintiff's Ex Parte Motion to Approve Alternative Service on Defendant Mark Karpeles. The Court, having considered the Motion and supporting Declaration, finds good cause to approve alternative service on Defendant Mark Karpeles.

IT IS HEREBY ORDERED THAT Plaintiff shall serve Defendant Mark Karpeles through email and through Karpeles's U.S.-based attorneys as authorized under Federal Rule of Civil Procedure 4(f)(3). Plaintiff shall file proof of service by April 19, 2019.

Dated: April 11, 2019

Hon. R. Gary Klausner
United States District Judge