# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-00617-RGK-GJS | Date | May 10, 2019 |
| Title | *Lack v. Mizuho Bank, Ltd. et al.* | | |

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On May 8, 2019, plaintiff Joseph Lack ("Plaintiff") and defendants Mizuho Bank Ltd. ("Mizuho") and Mark Karpeles ("Karpeles") filed a joint motion to continue the June 25, 2019 trial date for seven months because Karpeles was not served until April 16, 2019 (DE 121). The parties have been unable to take discovery from Karpeles. Plaintiff and Mizuho, however, have conducted discovery against one another.

Plaintiff's claim against Mizuho is distinct from his claims against Karpeles. Accordingly, the Court requires supplemental briefing as to why it should not sever Karpeles from the current action. Parties have until May 16, 2019 to submit supplemental briefing, no more than five (5) pages in length each.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | SLW |