Rafey S. Balabanian (SBN 315962)
J. Aaron Lawson (SNB 319306)
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435
rbalabanian@edelson.com
alawson@edelson.com

*Counsel for Plaintiff Joseph Lack*

John F. Cove, Jr. (SBN 212213)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: john.cove@shearman.com

Jerome S. Fortinsky (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: jfortinsky@shearman.com

*Counsel for Defendant Mizuho Bank, Ltd.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| JOSEPH LACK,<br><br>          Plaintiff,<br><br>     v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>          Defendants. | Case No. 2:18-CV-00617-RGK-GJS<br><br>STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S REMAINING CLAIM AGAINST DEFENDANT MIZUHO BANK, LTD., AND MIZUHO BANK, LTD.'S CROSSCLAIMS AGAINST DEFENDANT MARK KARPELES PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

---

STIPULATION OF VOLUNTARY
DISMISSAL OF CLAIM AGAINST DEF. MIZUHO

CASE NO. 2:18-CV-00617-RGK-GJS

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the agreement of all parties that have appeared in this case, plaintiff Joseph Lack hereby dismisses his remaining claim against defendant Mizuho Bank, Ltd. ("Mizuho") with prejudice, and Mizuho dismisses its crossclaims against defendant Mark Karpeles with prejudice. All parties shall bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: May 10, 2019

EDELSON PC

/s/ J. Aaron Lawson

Rafey S. Balabanian (SBN 315962)
J. Aaron Lawson (SBN 319306)
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: (415) 212-9300
Email: rbalabanian@edelson.com
Email: alawson@edelson.com

*Counsel for Plaintiff Joseph Lack*

DATED: May 10, 2019

SHEARMAN & STERLING LLP

/s/ John F. Cove

John F. Cove, Jr. (SBN 212213)
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Email: john.cove@shearman.com

Jerome S. Fortinsky (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: 212-848-4000
Email: jfortinsky@shearman.com

*Counsel for Defendant Mizuho Bank, Ltd.*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 10, 2019 | LAW OFFICES OF PETER C. BRONSTEIN |

DATED: May 10, 2019        LAW OFFICES OF PETER C. BRONSTEIN

/s/ Peter C. Bronstein

Peter C. Bronstein (SBN 153611)
1999 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 203-2249
Email: peterbronz@yahoo.com

*Counsel for Defendant Mark Karpeles*

**ATTESTATION**

I, J. Aaron Lawson, am the ECF User whose ID and password are being used to file this Stipulation of Voluntary Dismissal of Plaintiff's Remaining Claim Against Defendant Mizuho Bank, Ltd., and Mizuho Bank, Ltd.'s Crossclaims Against Defendants Mark Karpeles Pursuant to Fed. R. CIV. P. 41(a)(1)(A)(ii). In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that John F. Cove, Jr. and Peter C. Bronstein have concurred in this filing.

*/s/ J. Aaron Lawson*
J. Aaron Lawson