RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Attorneys for Plaintiff Joseph Lack*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARK KARPELES,<br><br>Defendants. | Case No. 2:18-cv-00617-RGK-GJS<br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE |

1         Plaintiff Joseph Lack ("Plaintiff") respectfully submits this response to the

2 Court's Order to Show Cause, which was entered on May 10, 2019. (Dkt. 122.)

3         1.      As originally filed, this case involved two defendants, Mizuho Bank,

4 Ltd., and Mark Karpeles. (See Dkt. 1.) Given the requirements of international law,

5 service upon Karpeles was not completed until April 16, 2019, roughly 16 months

6 after the complaint was filed. (Dkt. 106.) In the meantime, Plaintiff and Mizuho

7 Bank proceeded along the lines ordered by the Court following the Rule 26(f)

8 conference, including the filing of motions for class certification and summary

9 judgment. (See Dkts. 67, 86, 112, 114.) The parties were preparing for a June 25,

10 2019, trial when Karpeles appeared in the case, and moved to dismiss the allegations

11 against him. (Dkt. 110.) Karpeles's motion was filed four days before Plaintiff and

12 Mizuho were to file their motions in limine, and two weeks before Plaintiff and

13 Mizuho were to file their contentions of law and fact.

14         2.      Given Karpeles's central role in the events that are the subject of this

15 litigation, all parties moved to continue the trial date to allow Karpeles's meaningful

16 participation in the trial. (Dkt. 121.) But on May 10, 2019, the parties stipulated to

17 the dismissal of Plaintiff's claims against Mizuho, and Mizuho's cross-claims

18 against Karpeles. (Dkt. 124.) *See* Fed. R. Civ. P. 41(a)(1)(a)(ii). By operation of

19 rule, that stipulation is binding without a court order.

20         3.      Given that dismissal, the concerns that motivated the parties' joint

21 application to continue the trial date are no longer present. Plaintiff's claims against

22 Karpeles remain live, and discovery on those claims, and Karpeles's defenses

23 thereto, can be conducted in due course, in accordance with a schedule set following

24 resolution of Karpeles's motion to dismiss. The dismissal, for all practical purposes,

25 accomplishes the severance proposed by the Court. Formal severance is

26 unnecessary.

27

28

1

Respectfully submitted,

2

**JOSEPH LACK**, individually and on behalf
of all others similarly situated,

3

4

Dated: May 15, 2019

By:/s/ J. Aaron Lawson
One of Plaintiffs' Attorneys

5

6

RAFEY S. BALABANIAN (SBN – 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN – 319306)
alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

7

8

9

10

11

12

*Counsel for Plaintiff and the Putative Classes*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28