# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-00617-RGK-GJS | Date | May 17, 2019 |
|---|---|---|---|
| Title | *Lack v. Karpeles* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Scheduling Order

The Court hereby sets the following new scheduling dates:

- Jury Trial is set for October 1, 2019 at 9:00 a.m.
- Pretrial Conference is set for September 16, 2019 at 9:00 a.m.
- Motions are due by July 16, 2019
- Discovery cut-off is July 16, 2019

**IT IS SO ORDERED.**

                                                                                  _____ : _____

Initials of Preparer