RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Attorneys for Plaintiff Joseph Lack*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARK KARPELES,<br><br>Defendant. | Case No. 2:18-cv-00617-RGK-GJS<br><br>NOTICE OF DISMISSAL |

PLEASE TAKE NOTICE that Plaintiff Joseph Lack hereby voluntarily dismisses his claims against Mark Karpeles, both individually and on behalf of other putative class members, in the above-captioned action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

NOTICE OF VOLUNTARY DISMISSAL     Case No. 2:18-cv-00617-RGK-GJS

| | |
|---|---|
| | Respectfully submitted, |
| | **JOSEPH LACK**, |
| Dated: June 25, 2019 | By:/s/ J. Aaron Lawson<br>One of Plaintiffs' Attorneys |
| | RAFEY S. BALABANIAN (SBN – 315962)<br>rbalabanian@edelson.com<br>J. AARON LAWSON (SBN – 319306)<br>alawson@edelson.com<br>EDELSON PC<br>123 Townsend Street, Suite 100<br>San Francisco, California 94107<br>Telephone: (415) 212-9300<br>Facsimile: (415) 373-9435 |
| | *Counsel for Plaintiff* |

NOTICE OF VOLUNTARY DISMISSAL                    Case No. 2:18-cv-00617-RGK-GJS